# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS, AFL-CIO; SHANE PRICE; TRESA GRANGE; and BRANDON FINLEY;<br><br>Plaintiffs,<br>v.<br><br>SKYWEST INC.; SKYWEST AIRLINES INC.; SKYWEST INFLIGHT ASSOCIATION;<br><br>Defendants. | **AMENDED SCHEDULING ORDER**<br><br>Civil No. 2:23-cv-00723-DBB-DBP<br><br>Judge David B. Barlow<br><br>Magistrate Judge Dustin B. Pead |

Pursuant Rule 6(b) of the Federal Rules of Civil Procedure and for good cause shown, the Court GRANTS the Parties' Stipulated Motion to Amend the Scheduling Order (ECF No. 87) and amends the current Scheduling Order as follows.

**\*\*ALL TIMES 11:59 PM UNLESS INDICATED\*\***

| | | | |
|---|---|---|---|
| **1.** | | **PRELIMINARY MATTERS** | **DATE** |
| | | Nature of claims and any affirmative defenses: | |
| | a. | Date the Rule 26(f)(1) conference was held? | _04/18/24_ |
| | b. | Have the parties submitted the Attorney Planning Meeting Report? | _05/17/24_ |
| | c. | Deadline for 26(a)(1) initial disclosures? | _06/07/24_ |
| **2.** | | **DISCOVERY LIMITATIONS** | **NUMBER** |
| | a. | Maximum number of depositions by Plaintiff(s): | _10_ |
| | b. | Maximum number of depositions by Defendant(s): | _10_ |

|     |                                                                                                                                      |           |
| --- | ------------------------------------------------------------------------------------------------------------------------------------ | --------- |
| c.  | Maximum number of hours for each deposition (unless extended by agreement of parties):                                               | 7         |
| d.  | Maximum interrogatories by any party to any party:                                                                                   | 25        |
| e.  | Maximum requests for admissions by any party to any party:                                                                           | 25        |
| f.  | Maximum requests for production by any party to any party:                                                                           | 25        |

g.  The parties shall handle discovery of electronically stored information as follows:

The Parties will confer and develop an agreement for the handling of the discovery of electronically stored information by:                06/07/24

h.  The parties shall handle a claim of privilege or protection as trial preparation material asserted after production as follows: *Include provisions of agreement to obtain the benefit of Fed. R. Evid. 502(d).*

When the Complaint was filed on 10/11/23, this Court's prior Standard Protective Order automatically governs this case. *See* DUCivR 26-2(a). However, the Parties anticipate filing a stipulated motion to apply the new Standard Protective Order.

|     |                                                                                            |           |
| --- | ------------------------------------------------------------------------------------------ | --------- |
| i.  | Last day to serve written discovery:                                                       | 07/08/25  |
| j.  | Close of fact discovery:                                                                   | 08/07/25  |
| k.  | (*optional*) Final date for supplementation of disclosures and discovery under Rule 26(e): | 00/00/00  |

3.  **AMENDMENT OF PLEADINGS/ADDING PARTIES**[1]                              **DATE**

|     |                                              |          |
| --- | -------------------------------------------- | -------- |
| a.  | Last day to file Motion to Amend Pleadings:  | 07/01/24 |
| b.  | Last day to file Motion to Add Parties:      | 07/01/24 |

---

[1] Counsel must still comply with the requirements of Fed. R. Civ. P. 15(a).

| 4. | RULE 26(a)(2) EXPERT DISCLOSURES & REPORTS | | **DATE** |
|---|---|---|---|
| | **Disclosures (subject and identity of experts)** | | |
| | a. | Party(ies) bearing burden of proof: | <u>09/08/25</u> |
| | b. | Counter disclosures: | <u>10/06/25</u> |
| | **Reports** | | |
| | a. | Party(ies) bearing burden of proof: | <u>10/13/25</u> |
| | b. | Counter reports: | <u>11/10/25</u> |
| 5. | **OTHER DEADLINES** | | **DATE** |
| | a. | Last day for expert discovery: | <u>12/08/25</u> |
| | b. | Deadline for filing dispositive or potentially dispositive motions: | <u>02/02/26</u> |
| | c. | Deadline for filing partial or complete motions to exclude expert testimony: | <u>02/02/26</u> |

**If the parties do not intend to file dispositive or potentially dispositive motions, a scheduling conference will be held for purposes of setting a trial date:  <u>2/10/2026 at 3:00 p.m.</u>**

**After the court issues an order on the summary judgment motion(s), if there is anything left to litigate, the court will set a scheduling hearing to set a trial dates and to ask the parties if they want a referral for a settlement conference.**

| 6. | SETTLEMENT/ALTERNATIVE DISPUTE RESOLUTION | | **DATE** |
|---|---|---|---|
| | a. | Likely to request referral to a magistrate judge for settlement conference: | <u>Yes</u>/**No** |
| | b. | Likely to request referral to court-annexed arbitration: | <u>Yes</u>/**No** |
| | c. | Likely to request referral to court-annexed mediation: | <u>Yes</u>/**No** |

    d.    The parties will complete private mediation/arbitration by:  Defendant SkyWest would be willing to engage in private mediation within 14 days of the close of fact discovery. Defendant SIA is not disposed to private mediation at this time.

    e.    Evaluate case for settlement/ADR on:    <u>*08/21/25*</u>

    f.    Settlement probability:

**7. OTHER MATTERS**

Parties should fully brief all Motions in Limine well in advance of the pretrial conference.

Signed this 20th day of December, 2024.

BY THE COURT:

_____
Dustin B. Pead
United States Magistrate Judge

33870948_v1