**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

ASSOCIATION OF FLIGHT
ATTENDANTS-CWA AFL-CIO;
SHANE PRICE; TRESA GRANGE; and
BRANDON FINLEY;

      Plaintiffs/Counterclaim
Defendants,

      v.

SKYWEST AIRLINES, INC.; and
SKYWEST INFLIGHT ASSOCIATION,

      Defendants/Counterclaim
Plaintiffs.

Case No. 2:23-cv-00723-DBB-DBP

Judge: David Barlow
Magistrate Judge: Dustin B. Pead

**PLAINTIFF AFA'S ANSWERS TO DEFENDANT SKYWEST'S
FIRST SET OF REQUESTS FOR ADMISSION**

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Plaintiff the Association of

Flight Attendants-CWA, AFL-CIO ("AFA"), hereby provides the following Answers to

SkyWest Airlines, Inc.'s ("SkyWest") First Set of Requests for Admission, dated January 24,

2025.

**REQUESTS FOR ADMISSION**

**REQUEST FOR ADMISSION NO. 1:** Admit that AFA was in possession or receipt of SIA
Member Information prior to August 14, 2023.

      **RESPONSE:** The AFA objects to the use of the term "SIA Member Information" in this
      Request as being so vague and ambiguous as to not be capable of admitting or denying
      under Rule 36.

**REQUEST FOR ADMISSION NO. 2:** Admit that AFA was in possession or receipt of SIA
Member Information prior to August 15, 2023.



EXHIBIT

A

**RESPONSE:**  The AFA objects to the use of the term "SIA Member Information" in this Request as being so vague and ambiguous as to not be capable of admitting or denying under Rule 36.

**REQUEST FOR ADMISSION NO. 3:** Admit that AFA was in possession or receipt of SIA Member Information prior to August 16, 2023.

**RESPONSE:**  The AFA objects to the use of the term "SIA Member Information" in this Request as being so vague and ambiguous as to not be capable of admitting or denying under Rule 36.

**REQUEST FOR ADMISSION NO. 4:** Admit that AFA was in possession or receipt of SIA Member Information prior to October 11, 2023.

**RESPONSE:**  The AFA objects to the use of the term "SIA Member Information" in this Request as being so vague and ambiguous as to not be capable of admitting or denying under Rule 36.

**REQUEST FOR ADMISSION NO. 5:** Admit that AFA accessed, or attempted to access, one or more of the SIA Folders.

**RESPONSE:**  The AFA objects to the use of the term "SIA Folders" in this Request as being so vague and ambiguous as to not be capable of admitting or denying under Rule 36.

**REQUEST FOR ADMISSION NO. 6:**  Admit that, at the time AFA accessed, or attempted to access, one or more of the SIA Folders, AFA did not have authorization from SIA to access those folders.

**RESPONSE:**  The AFA objects to the use of the term "SIA Folders" in this Request as being so vague and ambiguous as to not be capable of admitting or denying under Rule 36.

**REQUEST FOR ADMISSION NO. 7:** Admit that AFA accessed SIA Member Information through one or more of the SIA Folders.

2

**RESPONSE:**  The AFA objects to the use of the terms "SIA Member Information" and "SIA Folders" in this Request as being so vague and ambiguous as to not be capable of admitting or denying under Rule 36.

**REQUEST FOR ADMISSION NO. 8:** Admit that AFA obtained and/or possessed one or more Documents, images, videos, data files, or electronic medium containing SIA Member Information prior to October 11, 2023.

**RESPONSE:**  The AFA objects to the use of the term "SIA Member Information" in this Request as being so vague and ambiguous as to not be capable of admitting or denying under Rule 36.

**REQUEST FOR ADMISSION NO. 9:** Admit that, at the time AFA obtained and/or possessed one or more Documents, images, videos, data files, or electronic medium containing SIA Member Information prior to October 11, 2023, AFA knew it was not entitled or authorized by SIA to obtain or possess same.

**RESPONSE:**  The AFA objects to the use of the term "SIA Member Information" in this Request as being so vague and ambiguous as to not be capable of admitting or denying under Rule 36.

**REQUEST FOR ADMISSION NO. 10:**  Admit that AFA is currently in possession of SIA Member Information.

**RESPONSE:**  The AFA objects to the use of the term "SIA Member Information" in this Request as being so vague and ambiguous as to not be capable of admitting or denying under Rule 36.

**REQUEST FOR ADMISSION NO. 11:** Admit that, for the SIA Member Information that AFA has or had in its possession, AFA did not and does not have permission from every corresponding SkyWest employee to possess and/or obtain their SIA Member Information.

**RESPONSE:**  The AFA objects to the use of the term "SIA Member Information" in this Request as being so vague and ambiguous as to not be capable of admitting or denying under Rule 36.

3

**REQUEST FOR ADMISSION NO. 12:** Admit that AFA knew prior to August 7, 2023 that Price had the ability to access SIA Member Information, other than his own.

>   **RESPONSE:**  The AFA objects to the use of the term "SIA Member Information" in this Request as being so vague and ambiguous as to not be capable of admitting or denying under Rule 36.

**REQUEST FOR ADMISSION NO. 13:**  Admit that AFA accessed or received one or more numerical voting codes and/or voter identification numbers discussed in paragraphs 43 and 47 of the Amended Complaint.

>   **RESPONSE:**  Admitted.

DATED: February 21, 2025                    Respectfully submitted,

>    /s/ *John J. Grunert*
>   JEFFREY A. BARTOS, *pro hac vice*
>   JOHN J. GRUNERT, *pro hac vice*
>   Guerrieri, Bartos & Roma, P.C.
>   1717 K Street, NW, Suite 900
>   Washington, DC 20006
>   Telephone: (202) 624-7400
>   Email: jbartos@geclaw.com
>   Email: jgrunert@geclaw.com