**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

|  |  |  |
|---|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS-CWA AFL-CIO; SHANE PRICE; TRESA GRANGE; and BRANDON FINLEY; | ) ) ) ) ) ) | |
| Plaintiffs/Counterclaim Defendants, | ) ) ) | Case No. 2:23-cv-00723-DBB-DBP |
| v. | ) ) | Judge: David Barlow |
| SKYWEST AIRLINES, INC.; and SKYWEST INFLIGHT ASSOCIATION, | ) ) ) | Magistrate Judge: Dustin B. Pead |
| Defendants/Counterclaim Plaintiffs. | ) ) ) ) | |

**PLAINTIFF SHANE PRICE'S RESPONSES TO DEFENDANT SKYWEST'S**
**FIRST SET OF REQUESTS FOR ADMISSION ON PLAINTIFF SHANE PRICE**

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Plaintiff Shane Price hereby

provides the following Responses and Objections to SkyWest Airlines, Inc.'s ("SkyWest") First

Set of Requests for Admission on Plaintiff Price, dated January 31, 2025.

**REQUESTS FOR ADMISSION**

**REQUEST FOR ADMISSION NO. 1:** Admit that you were in possession or receipt of SIA Member Information other than your own prior to August 14, 2023.

> **RESPONSE:** Plaintiff Price objects to the use of the term "SIA Member Information" in this Request as being so vague and ambiguous as to not be capable of admitting or denying under Rule 36.

**REQUEST FOR ADMISSION NO. 2:** Admit that you were in possession or receipt of SIA Member Information other than your own prior to August 15, 2023.

> **RESPONSE:** Plaintiff Price objects to the use of the term "SIA Member Information" in this Request as being so vague and ambiguous as to not be capable of admitting or denying under Rule 36.



**EXHIBIT**
**B**

**REQUEST FOR ADMISSION NO. 3:**  Admit that you were in possession or receipt of SIA Member Information other than your own prior to August 16, 2023.

>**RESPONSE:**  Plaintiff Price objects to the use of the term "SIA Member Information" in this Request as being so vague and ambiguous as to not be capable of admitting or denying under Rule 36.

**REQUEST FOR ADMISSION NO. 4:**  Admit that you were in possession or receipt of SIA Member Information other than your own prior to October 11, 2023.

>**RESPONSE:**  Plaintiff Price objects to the use of the term "SIA Member Information" in this Request as being so vague and ambiguous as to not be capable of admitting or denying under Rule 36.

**REQUEST FOR ADMISSION NO. 5:**  Admit that you accessed, or attempted to access, one or more of the SIA Folders.

>**RESPONSE:**  Plaintiff Price objects to the use of the term "SIA Folders" in this Request as being so vague and ambiguous as to not be capable of admitting or denying under Rule 36.

**REQUEST FOR ADMISSION NO. 6:**  Admit that, at the time you accessed or attempted to access one or more of the SIA Folders, you did not have authorization from SIA to access any of the SIA Folders.

>**RESPONSE:**  Plaintiff Price objects to the use of the term "SIA Folders" in this Request as being so vague and ambiguous as to not be capable of admitting or denying under Rule 36.

**REQUEST FOR ADMISSION NO. 7:**  Admit that you accessed SIA Member Information other than your own through one or more of the SIA Folders.

>**RESPONSE:**  Plaintiff Price objects to the use of the term "SIA Member Information" in this Request as being so vague and ambiguous as to not be capable of admitting or denying under Rule 36.

**REQUEST FOR ADMISSION NO. 8:**  Admit that you obtained and/or possessed one or more documents, images, videos, data files, or electronic medium containing SIA Member Information other than your own prior to October 11, 2023.

**RESPONSE:**  Plaintiff Price objects to the use of the term "SIA Member Information" in this Request as being so vague and ambiguous as to not be capable of admitting or denying under Rule 36.

**REQUEST FOR ADMISSION NO. 9:**  Admit that, other than your own, at the time you obtained and/or possessed one or more documents, images, videos, data files, or electronic medium containing SIA Member Information prior to October 11, 2023, you knew you were not entitled or authorized by SIA to obtain or possess the same.

**RESPONSE:**  Plaintiff Price objects to the use of the term "SIA Member Information" in this Request as being so vague and ambiguous as to not be capable of admitting or denying under Rule 36.

**REQUEST FOR ADMISSION NO. 10:**  Admit that you currently are in possession of SIA Member Information other than your own.

**RESPONSE:**  Plaintiff Price objects to the use of the term "SIA Member Information" in this Request as being so vague and ambiguous as to not be capable of admitting or denying under Rule 36.

**REQUEST FOR ADMISSION NO. 11:**  Admit that, for the SIA Member Information that you have or had in your possession, you did not and do not have permission from every corresponding SkyWest employee to possess and/or obtain their SIA Member Information.

**RESPONSE:**  Plaintiff Price objects to the use of the term "SIA Member Information" in this Request as being so vague and ambiguous as to not be capable of admitting or denying under Rule 36.

**REQUEST FOR ADMISSION NO. 12:**  Admit that you sent, posted, or otherwise gave access to Price's Video to AFA before August 15, 2023.

**RESPONSE:**  Admitted.

**REQUEST FOR ADMISSION NO. 13:**  Admit that AFA is paying for, funding, covering, or otherwise contributing to your legal costs and expenses, or a portion thereof, related to this Lawsuit, including without limitation your attorneys' fees.

**RESPONSE:**  Admitted.

**REQUEST FOR ADMISSION NO. 14:** Admit that AFA is paying for, funding, covering, or otherwise contributing to your legal costs and expenses, or a portion thereof, related to the Criminal Action, including without limitation the attorneys' fees of Joshua Larsen at Larsen Larsen Nash & Larsen.

        **RESPONSE:** Denied.

DATED:  March 13, 2025                    Respectfully submitted,

                                           /s/ *John J. Grunert*
                                          JEFFREY A. BARTOS, *pro hac vice*
                                          JOHN J. GRUNERT, *pro hac vice*
                                          Guerrieri, Bartos & Roma, P.C.
                                          1717 K Street, NW, Suite 900
                                          Washington, DC 20006
                                          Telephone: (202) 624-7400
                                          Email: jbartos@geclaw.com
                                          Email: jgrunert@geclaw.com