**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

ASSOCIATION OF FLIGHT
ATTENDANTS-CWA AFL-CIO;
SHANE PRICE; TRESA GRANGE; and
BRANDON FINLEY;

    Plaintiffs/Counterclaim
    Defendants,

v.

SKYWEST AIRLINES, INC.; and
SKYWEST INFLIGHT ASSOCIATION,

    Defendants/Counterclaim
    Plaintiffs.

Case No. 2:23-cv-00723-DBB-DBP

Judge: David Barlow
Magistrate Judge: Dustin B. Pead

**PLAINTIFF BRANDON FINLEY'S RESPONSES TO DEFENDANT SKYWEST'S FIRST SET OF REQUESTS FOR ADMISSION ON PLAINTIFF BRANDON FINLEY**

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Plaintiff Brandon Finley

hereby provides the following Responses and Objections to SkyWest Airlines, Inc.'s

("SkyWest") First Set of Requests for Admission on Plaintiff Finley, dated January 31, 2025.

**REQUESTS FOR ADMISSION**

**REQUEST FOR ADMISSION NO. 1:** Admit that you were in possession or receipt of SIA Member Information other than your own prior to August 14, 2023.

    **RESPONSE:** Plaintiff Finley objects to the use of the term "SIA Member Information" in this Request as being so vague and ambiguous as to not be capable of admitting or denying under Rule 36.

**REQUEST FOR ADMISSION NO. 2:** Admit that you were in possession or receipt of SIA Member Information other than your own prior to August 15, 2023.

    **RESPONSE:** Plaintiff Finley objects to the use of the term "SIA Member Information" in this Request as being so vague and ambiguous as to not be capable of admitting or denying under Rule 36.

1



**REQUEST FOR ADMISSION NO. 3:**  Admit that you were in possession or receipt of SIA Member Information other than your own prior to August 16, 2023.

    **RESPONSE:**  Plaintiff Finley objects to the use of the term "SIA Member Information" in this Request as being so vague and ambiguous as to not be capable of admitting or denying under Rule 36.

**REQUEST FOR ADMISSION NO. 4:**  Admit that you were in possession or receipt of SIA Member Information other than your own prior to October 11, 2023.

    **RESPONSE:**  Plaintiff Finley objects to the use of the term "SIA Member Information" in this Request as being so vague and ambiguous as to not be capable of admitting or denying under Rule 36.

**REQUEST FOR ADMISSION NO. 5:**  Admit that you accessed, or attempted to access, one or more of the SIA Folders.

    **RESPONSE:**  Plaintiff Finley objects to the use of the term "SIA Folders" in this Request as being so vague and ambiguous as to not be capable of admitting or denying under Rule 36.

**REQUEST FOR ADMISSION NO. 6:**  Admit that, at the time you accessed, or attempted to access one or more of the SIA Folders, you did not have authorization from SIA to access any of the SIA Folders.

    **RESPONSE:**  Plaintiff Finley objects to the use of the term "SIA Folders" in this Request as being so vague and ambiguous as to not be capable of admitting or denying under Rule 36.

**REQUEST FOR ADMISSION NO. 7:**  Admit that you accessed SIA Member Information other than your own through one or more of the SIA Folders.

    **RESPONSE:**  Plaintiff Finley objects to the use of the terms "SIA Member Information" and "SIA Folders" in this Request as being so vague and ambiguous as to not be capable of admitting or denying under Rule 36.

**REQUEST FOR ADMISSION NO. 8:**  Admit that you obtained and/or possessed one or more documents, images, videos, data files, or electronic medium containing SIA Member Information other than your own prior to October 11, 2023.

2

**RESPONSE:**  Plaintiff Finley objects to the use of the term "SIA Member Information" in this Request as being so vague and ambiguous as to not be capable of admitting or denying under Rule 36.

**REQUEST FOR ADMISSION NO. 9:**  Admit that, other than your own, at the time you obtained and/or possessed one or more documents, images, videos, data files, or electronic medium containing SIA Member Information prior to October 11, 2023, you knew you were not entitled or authorized by SIA to obtain or possess the same.

**RESPONSE:**  Plaintiff Finley objects to the use of the term "SIA Member Information" in this Request as being so vague and ambiguous as to not be capable of admitting or denying under Rule 36.

**REQUEST FOR ADMISSION NO. 10:**  Admit that you currently are in possession of SIA Member Information other than your own.

**RESPONSE:**  Plaintiff Finley objects to the use of the term "SIA Member Information" in this Request as being so vague and ambiguous as to not be capable of admitting or denying under Rule 36.

**REQUEST FOR ADMISSION NO. 11:**  Admit that, for the SIA Member Information that you have or had in your possession, you did not and do not have permission from every corresponding SkyWest employee to possess and/or obtain their SIA Member Information.

**RESPONSE:**  Plaintiff Finley objects to the use of the term "SIA Member Information" in this Request as being so vague and ambiguous as to not be capable of admitting or denying under Rule 36.

**REQUEST FOR ADMISSION NO. 12:**  Admit that you sent Price's Video to AFA before Grange posted Price's Video on any social media page.

**RESPONSE:**  Denied.

**REQUEST FOR ADMISSION NO. 13:**  Admit that you knew prior to August 7, 2023, that Price had the ability to access SIA Member Information through one or more of the SIA Folders.

**RESPONSE:**  Plaintiff Finley objects to the use of the terms "SIA Member Information" and "SIA Folders" in this Request as being so vague and ambiguous as to not be capable of admitting or denying under Rule 36.

3

**REQUEST FOR ADMISSION NO. 14:**  Admit that you accessed or received one or more numerical voting codes and/or voter identification numbers, other than your own, discussed in paragraphs 43 and 47 of the Amended Complaint.

**RESPONSE:**  Admit having received one or more numerical voting codes and/or voter identification numbers, other than Mr. Finley's own, but deny accessing such codes and/or numbers.

**REQUEST FOR ADMISSION NO. 15:**  Admit that AFA is paying for, funding, covering, or otherwise contributing to your legal costs and expenses, or a portion thereof, related to this Lawsuit, including without limitation your attorneys' fees.

**RESPONSE:**  Admitted.

DATED:  March 13, 2025                    Respectfully submitted,

 /s/ *John J. Grunert*
JEFFREY A. BARTOS, *pro hac vice*
JOHN J. GRUNERT, *pro hac vice*
Guerrieri, Bartos & Roma, P.C.
1717 K Street, NW, Suite 900
Washington, DC 20006
Telephone: (202) 624-7400
Email: jbartos@geclaw.com
Email: jgrunert@geclaw.com

4