Erik A. Christiansen, USB #7372
Christina M. Jepson, USB #7301
Sarah Jenkins Dewey, USB #15640
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801.532.1234
Facsimile:  801.536.6111
EChristiansen@parsonsbehle.com
CJepson@parsonsbehle.com
SDewey@parsonsbehle.com
ecf@parsonsbehle.com

Gregg M. Formella (pro hac vice)
**GREGG M. FORMELLA JD**
300 State St.
P.O. Box 92141
Southlake, TX 76092
gregg.formella@gmail.com

*Attorneys for Defendant SkyWest InFlight Association*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS, AFL-CIO; SHANE PRICE; TRESA GRANGE; and BRANDON FINLEY,<br><br>     Plaintiffs,<br><br>vs.<br><br>SKYWEST INC.; SKYWEST AIRLINES INC.; SKYWEST INFLIGHT ASSOCIATION,<br><br>     Defendants. | **MOTION FOR LEAVE TO FILE OVERLENGTH MOTION**<br><br>Case No. 2:23-cv-723-DBB-DBP<br><br>The Honorable David Barlow<br><br>Chief Magistrate Judge Dustin B. Pead |

## RELIEF SOUGHT AND GROUNDS THEREFOR

Pursuant to DUCivR 7-1(a)(4)(D) and this Court's Individual Practice § 2.G, Defendant SkyWest InFlight Association ("SIA") seeks leave to file an overlength motion to amend its counterclaims and join additional parties (the "Motion") containing up to 18 pages.

## ARGUMENT

Good cause and exceptional circumstances support this request. *See* DUCivR 7-1(a)(4)(D); Individual Practice § 2.G. SIA's Motion will seek leave to file amended counterclaims and to join additional counterclaim defendants. Because the deadlines for amendment and adding parties in the operative scheduling order have passed, ECF No. 88 at ¶ 3, SIA must satisfy Rule 16's "good cause" requirement for modifying a scheduling order, as well as the applicable standard under Rule 15(a), *see Gorsuch, Ltd., B.C. v. Wells Fargo Nat. Bank Ass'n*, 771 F.3d 1230, 1240 (10th Cir. 2014) (citations omitted). In addition, because SIA seeks leave to add new parties as defendants to some of its counterclaims, SIA must also satisfy either Rule 19 or 20. *See* Fed. R. Civ. P. 13(h). SIA accordingly must brief no fewer than four standards, each of which could warrant its own motion under different circumstances. In addition, because Rule 16's "good cause" requirement focuses on the reasons for delay, SIA's Motion necessarily must provide sufficient background and detail around the circumstances necessitating this Motion. SIA has attempted to be concise. However, additional pages are required to adequately address all the issues.

## CONCLUSION

For these reasons, SIA respectfully asks the Court for leave to exceed DUCivR 7-1(a)(4)(D)(i)'s 10-page limit by no more than 8 pages for a total of 18 pages, excluding the caption, face-sheet, etc. A proposed order is submitted herewith.

DATED May 19, 2025.

/s/ *Christina M. Jepson*
Erik A. Christiansen
Christina M. Jepson
Sarah Jenkins Dewey
PARSONS BEHLE & LATIMER

Gregg M. Formella
**GREGG M. FORMELLA JD**

*Attorneys for Defendant SkyWest InFlight Association*

4903-8656-5956.v2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on the 19th day of May, 2025, I caused a true and correct copy of the foregoing to be filed electronically via the Court's CM/ECF system, which caused service by electronic mail on all counsel of record appearing thereon.

*/s/ Christina M. Jepson*