Gregory M. Saylin (9648)
Jason D. Boren (7816)
Emily T. Howe (18294)
HOLLAND & HART LLP
222 South Main St., Suite 2200
Salt Lake City, UT 84101
(801) 799-5800
gmsaylin@hollandhart.com
ethowe@hollandhart.com

Douglas W. Hall (*Admitted Pro Hac Vice*)
Thomas R. Chiavetta (*Admitted Pro Hac Vice*)
JONES DAY
51 Louisiana Ave N.W.
Washington, DC 20001
(202) 879-3939
dwhall@jonesday.com
tchiavetta@jonesday.com
*Attorneys for SkyWest Airlines Inc.*

Patricia T. Stambelos (*Admitted Pro Hac Vice*)
STAMBELOS LAW OFFICE
543 Country Club Dr., Suite B209
Simi Valley, CA 93065
(805) 578-3474
patricia@patriciastambelos.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS, AFL-CIO; SHANE PRICE; TRESA GRANGE; and BRANDON FINLEY;<br><br>    Plaintiffs,<br>v.<br><br>SKYWEST AIRLINES INC.; SKYWEST INFLIGHT ASSOCIATION;<br><br>    Defendants. | **ORDER GRANTING SHORT FORM DISCOVERY MOTION TO COMPEL ASSOCIATION OF FLIGHT ATTENDANTS, AFL-CIO TO FULLY RESPOND TO INTERROGATORY NO. 6**<br><br>Civil No. 2:23-cv-00723-DBB-DBP<br><br>Judge David Barlow<br>Magistrate Judge Dustin B. Pead |

Before the Court is Defendant SkyWest Airlines, Inc.'s Short Form Discovery Motion to compel Plaintiff Association of Flight Attendants, AFL-CIO ("AFA") to fully respond to Interrogatory No. 6. Upon review of the briefing, the Court GRANTS the Motion and ORDERS

2

AFA to fully respond to Interrogatory No. 6.  Specifically, AFA must identify, as defined in SkyWest's Discovery Requests, the responsive devices and addresses used by AFA in-house counsel to access, create, send forward, post, share, communicate, or transmit the information described in the Amended Complaint.

Pursuant to Rule 37(a)(5)(A) of the Federal Rules of Civil Procedure SkyWest is awarded its reasonable fees and costs.

DATED this ____ day of _____, 2025.

BY THE COURT

_____
Judge Dustin B. Pead
United States Magistrate Judge

34874137_v1

2