Gregory M. Saylin (9648)
Jason D. Boren (7816)
Emily T. Howe (18294)
HOLLAND & HART LLP
222 South Main St., Suite 2200
Salt Lake City, UT 84101
(801) 799-5800
gmsaylin@hollandhart.com
ethowe@hollandhart.com

Patricia T. Stambelos (*Admitted Pro Hac Vice*)
STAMBELOS LAW OFFICE
543 Country Club Dr., Suite B209
Simi Valley, CA 93065
(805) 578-3474
patricia@patriciastambelos.com

Douglas W. Hall (*Admitted Pro Hac Vice*)
Thomas R. Chiavetta (*Admitted Pro Hac Vice*)
JONES DAY
51 Louisiana Ave N.W.
Washington, DC 20001
(202) 879-3939
dwhall@jonesday.com
tchiavetta@jonesday.com
*Attorneys for SkyWest Airlines Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS, AFL-CIO; SHANE PRICE; TRESA GRANGE; and BRANDON FINLEY;<br><br>    Plaintiffs,<br><br>v.<br><br>SKYWEST AIRLINES INC.; SKYWEST INFLIGHT ASSOCIATION;<br><br>    Defendants. | **ORDER GRANTING SHORT FORM DISCOVERY MOTION TO COMPEL ASSOCIATION OF FLIGHT ATTENDANTS-CWA TO PROPERLY LOG ATTORNEY CLIENT PRIVILEGED AND WORK PRODUCT DOCUMENTS, COMMUNICATIONS, AND INFORMATION**<br><br>Civil No. 2:23-cv-00723-DBB-DBP<br><br>Judge David Barlow<br>Magistrate Judge Dustin B. Pead |

Before the Court is Defendant SkyWest Airlines, Inc.'s Short Form Discovery Motion to compel Plaintiff Association of Flight Attendants, AFL-CIO ("AFA") to properly log attorney client privileged and work product documents, communications, and information. Upon review

of the briefing, the Court GRANTS the Motion and ORDERS AFA's forthcoming privilege log to comply with the below requirements for withholding any documents, communications, or information on the grounds of attorney client privilege or work product.  Specifically, all information, documents, or communications withheld as attorney client privileged or work product must be logged as follows:

- Price and his attorney(s) prior to the later of, October 11, 2023 or engagement by Price;

- Grange and her attorney(s) prior to the later of, October 11, 2023 or engagement by Grange;

- Finley and his attorney(s) prior to the later of, October 11, 2023 or engagement by Finley;

- AFA and its attorney(s) prior to the later of, October 11, 2023 or engagement by AFA; and

- Price, Grange, and/or Finley and any AFA counsel, for any time frame, except for attorneys at Guerrieri, Bartos & Roma; Spencer Fane; and Bredhoff & Kaiser after October 11, 2023.

Pursuant to Rule 37(a)(5)(A) of the Federal Rules of Civil Procedure SkyWest is awarded its reasonable fees and costs.

DATED this _____ day of _____, 2025.

BY THE COURT

_____
Dustin B. Pead
United States Magistrate Judge

34874146_v1

2