# Exhibit B

Erik A. Christiansen, USB #7372
Christina M. Jepson, USB #7301
Sarah Jenkins Dewey, USB #15640
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
EChristiansen@parsonsbehle.com
CJepson@parsonsbehle.com
SDewey@parsonsbehle.com
ecf@parsonsbehle.com

Gregg M. Formella (pro hac vice)
**GREGG M. FORMELLA JD**
300 State St.
P.O. Box 92141
Southlake, TX 76092
gregg.formella@gmail.com

*Attorneys for Defendant SkyWest InFlight
Association*

---

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF UTAH, ~~CENTRAL~~ DIVISION

| | |
|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO, ~~;~~ SHANE PRICE~~,~~; TRESA GRANGE~~,~~; and BRANDON FINLEY~~,~~ <br><br> ~~Plaintiffs~~, <br><br> v. <br><br> ~~vs.~~ SKYWEST, INC., ~~,~~; SKYWEST AIRLINES, INC., and ~~;~~ SKYWEST INFLIGHT ASSOCIATION~~.~~; | **SKYWEST INFLIGHT ASSOCIATION'S PROPOSED AMENDED COUNTERCLAIMS** <br><br> ~~Case~~ Civil No. ~~2:23-cv-00723~~-DBB-DBP~~,~~ <br><br> Judge~~:~~ Hon. David ~~B.~~ Barlow <br><br> Magistrate Judge Hon. Dustin B. Pead |

PBL\4920-1523-2837.v2

Defendants.

SKYWEST INFLIGHT ASSOCIATION,

      Counterclaimant,

v.

ASSOCIATION OF FLIGHT ATTENDANTS,
AFL-CIO; SHANE PRICE; TRESA GRANGE;
JACQUE CROSSLEY; GAILEN DAVID,

      Counterclaim Defendants.

2

SkyWest InFlight Association ("SIA") hereby asserts counterclaims against ~~Shane Price ("Price") and Tresa Grange ("Grange") for violation the federal Stored Communications Act ("SCA") (18 U.S.C. §§ 2701-2713) violation~~ Counterclaim Defendants Association of ~~the federal Computer Fraud and Abuse Act ("CFAA") (18 U.S.C. § 1030); violation the State of Utah's Computer Abuse and Data Recovery Act (Utah Code § 63D-3-101 *et seq.*); and a counterclaim against Grange for breach of contract.~~

~~1.~~ ~~Price, who had no right or authorization to access a certain non-public area of SIA's website, nevertheless hacked into it in order to obtain confidential information about the Fight~~ Flight ~~Attendants~~ ~~represented by SIA, including as to (a) the "employee numbers" assigned to them by their employer, SkyWest Airlines ("SkyWest") and (b) individualized codes assigned to each Flight Attendant for the purpose of enabling them to cast secret ballots in an internal SIA leadership election hosted at a separate website owned and operated by a neutral third-party online voting vendor. On information and belief, Grange, a former SIA elected official, encouraged and facilitated Price, including by leveraging to his benefit her inside knowledge of SIA and its operations. Price then used the confidential information that he had improperly obtained and appropriated in order to secretly use the voting credentials of tens of Flight Attendants who had yet to cast their ballots. The effect was to corrupt the balloting process and irreversibly compromise the integrity of the election. But Price did not stop there: he proceeded to create a detailed video demonstrating to others how they could also hack SIA's website. On information and belief, Grange supported and acted to further Price's nefarious conduct; and in return, Price shared his video with Grange. Grange then publicly posted the video only with a link to Flight Attendants' employee numbers and other confidential information. Both Price and Grange thereby acted~~

3

**Formatted:** Normal, Indent: First line:  0.5", Line spacing: Double,  No bullets or numbering

~~unlawfully, and their actions caused SIA to suffer significant harm.~~, AFL-CIO ("AFA"), Shane Price, Tresa Grange, Jacque Crossley, and Gailen David.

## INTRODUCTION

1.    SIA is authorized by the Flight Attendants of SkyWest Airlines ("SkyWest") to represent them and negotiate on their behalf for collective bargaining agreements ("CBA") establishing their terms and conditions of employment. SkyWest has recognized SIA's authority since 1994; and since then, the parties have negotiated and entered into numerous successive CBAs. Due to SIA's success at the bargaining table, throughout its tenure there has never been a need for SIA to call a strike—and there never been one. SIA's current CBA with SkyWest offers one of the best contracts for a Flight Attendant workgroup among the approximately fifteen air carriers in the United States that are both certificated by the Federal Aviation Administration under 14 C.F.R. Part 121 and informally referred to as "regional" airlines.[1]

2.    AFA is openly running a "campaign" in which it is trying to replace SIA as the labor representative for SkyWest Flight Attendants, who currently number about 4,600 nationwide. On information and belief, AFA engaged in highly improper actions as part of its campaign against SIA.

---

[1] The FAA does not define "regional airline" as a regulatory term; and while the term is used informally, it is misnomer as applied to air carriers such as SkyWest that operate flights throughout the country as well as into Mexico and Canada. Also certificated under 14 C.F.R. Part 121 are so-called "mainline" air carriers—including, *e.g.,* Alaska Airlines, American Airlines, Delta Air Lines, and United Airlines. SkyWest's fleet of approximately 500 aircraft includes various aircraft types — the smallest of which has 50 passenger seats, and the largest of which has 76 passenger seats.

4

3. In 2023, AFA and its agent Gailen David conspired with SkyWest Flight Attendants Shane Price and Jacque Crossley to secretly download SIA Confidential Member Information from SIA's password-protected website to use in AFA's campaign against SIA.

4. Later that year, on information and belief, AFA, Shane Price, Tresa Grange and Jacque Crossley conspired to undermine an internal SIA election by publishing the SIA Confidential Member Information online. They did so to embarrass SIA and promote AFA's campaign. This Confidential Member Information included full names, employee numbers, and passwords to vote in the SIA election. Through their actions, AFA, David, Price, Grange, and Crossley undermined the election and rendered it unable to be certified. The State of Utah has criminally charged Price and Grange with second- and third-degree felonies based on the actions they took to further the conspiracy.

**PARTIES**

2.5. SIA is a labor organization and, with respect to under federal law, is. In addition, under the Railway Labor Act ("RLA"), 45 U.S.C. § 151, SIA is the exclusive labor representative of the approximately 4,100600 Flight Attendants employed by SkyWest across the country.[2] SIA is based in Utah.

---

[2] Notwithstanding any inadvertent suggestion in this Counterclaim to the contrary, new SkyWest employees who are training to be Flight Attendants do not become members of SIA (and represented by SIA) until they have satisfactorily completed an initial portion of their FAA-required learning prior to what the FAA calls their "Initial Operating Experience" in an actual airplane: as required by the Federal Aviation Administration. There currently are approximately 500 individuals in this category, which is distinct from the 4,100600 Flight Attendants who are SIA members and are represented by SIA.

5

3.6.    Shane Price is a former SkyWest Flight Attendant. Price has asserted that he resides in Utah.

4.7.    Tresa Grange is a former SkyWest Flight Attendant and, for several years during her employment with SkyWest, she was a member of SIA's Board and held special appointments. Grange has asserted that she resides in Utah.

8.    AFA, which is affiliated with the Communication Workers of America union, is an unincorporated labor organization based in Washington, D.C.

9.    Jacque Crossley is currently a SkyWest Flight Attendant based in Salt Lake City, Utah. On information and belief, Crossley resides in California.

10.    Gailen David is currently listed on an AFA document as a paid "Mobilization Coordinator." He has come to Utah to "campaign" on behalf of AFA, including within the past twelve months. On information and belief, David resides in Miami, Florida.

## JURISDICTION AND VENUE

5.11.    Pertinent acts that are alleged herein occurred in Utah and the harm and damages to SIA were suffered in Utah.

6.12.    This Court has jurisdiction, including pursuant to 28 U.S.C. §§ 1331 and 1367. The claims are pled under CFAA and the SCA and are interrelated with the purported federal claims set forth in Plaintiffs' Complaint. Furthermore, this Court has supplemental jurisdiction over SIA's state law claims—violation of the Utah Computer Abuse and Data Recovery Act and breach of contract—because, as with SIA's federal claims, its state law claims are closely connected with the federal claims alleged in Plaintiffs' Complaint. pursuant to 28 U.S.C. §§ 1331 and 1367.

6

7.13.    Venue is proper under 28 U.S.C. § 1391(b) given that the parties to the Counterclaim reside in, or previously presided~~resided~~ in and otherwise have close connections with, this District. In addition, ~~numerous and~~the significant actions and events upon which the Counterclaims are based took place in or otherwise have close connections to this District.

**FACTS**

> **Formatted:** Indent: Left: 0.25"

**AFA Openly Campaigns to Replace SIA**

8.14.    SIA is comprised entirely of ~~the~~ Flight Attendants employed by SkyWest, all of whom are SIA ~~members~~Members. For several decades, SIA has been authorized and recognized as the exclusive labor representative for the Flight Attendants, negotiating on their behalf with SkyWest for terms and conditions of employment including wages, hours, and benefits~~, etc.~~, SIA and SkyWest ~~are~~have been parties to a series of collective bargaining ~~agreement that applies to~~agreements ("CBAs") covering the entire complement of ~~SkyWest's 4,100 flight attendants~~SkyWest Flight Attendants. The current CBA has been in effect since 2022.

> **Formatted:** Indent: Left: 0", First line: 0.5", Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 0.25" + Indent at: 0.5"

15.    AFA is openly running a "campaign" to replace SIA as the labor representative for SkyWest Flight Attendants, with the ultimate goal of being certified by the National Mediation Board ("NMB") as SkyWest Flight Attendants' national labor representative under the RLA. According to statements by AFA President Sara Nelson, AFA has been seeking to oust SIA since at least 2022 and also is seeking to represent Delta's Flight Attendants.

16.    AFA's motive in seeking to replace SIA as the labor representative for SkyWest's 4,600 Flight Attendants arises out of the fact that they comprise the largest Flight Attendant workgroup in the so-called "regional" aviation industry. If AFA were successful in taking over

7

from SIA, AFA could require SkyWest Flight Attendants to pay union fees and dues totaling over $3 million annually.

17.    For AFA to obtain the NMB's certification, however, will require AFA to successfully carry out a multi-step process required under the RLA. However, since AFA's campaign began, the union has been stuck at the first step. Specifically, it has been trying to convince a total of at least fifty percent of SkyWest's Flight Attendants to sign "authorization cards," expressing their support for AFA to become their labor representative.

18.    If, and only if, AFA ever were to meet that fifty percent "showing of interest," it then could move to the second step, which would be to ask the NMB to authorize and conduct an election pursuant to the RLA. Even then, however, AFA would still be several steps away from ever achieving its goal. Among other things, the NMB would then need to determine whether AFA's showing of interest was valid and actually warranted an election. *If*, thereafter, the NMB were to authorize and conduct an election, the AFA would then need to prevail *and* be found to have won fairly and without interference in the process.

19.    As AFA has languished at the first step in this process, AFA has taken to some extreme ways to try to drum up interest in its campaign for support of Flight Attendants. One of its efforts has been filing and pursuing this lawsuit claiming that Price and Grange were unfairly terminated by SkyWest. In addition, on information and belief, in 2023, AFA, through its agent David, conspired with Price, Grange, and Crossley to discredit SIA and its election by publishing SIA Confidential Member Information which they had unlawfully obtained through Price hacking parts of SIA's website.

8

20.    SIA did not become aware of the depth of AFA, David, and Crossley's involvement or the length of time AFA, David, Price, and Crossley had SIA's Confidential Member Information until Plaintiffs responded to discovery requests in this litigation.

**AFA, David, Price, and Crossley Unlawfully Access SIA's Confidential Member Information**

21.    In April 2023, Price learned that by accessing SIA's password-protected website and then manipulating the SIA website's URL, he could access SIA's Confidential Member Information including the names, employee identification numbers, and voting credentials (login and password) for every SkyWest Flight Attendant. This information was not publicly available, and Price was not authorized to access it. SIA was not aware that this could be done by Price (or anyone) and was not aware, at the time, that Price was doing so.

22.    The appropriate thing for Price to have done would have been to inform SIA so that it could fix the vulnerability. However, he chose not to do so and ultimately engaged in additional inappropriate conduct – using the Confidential Member Information he had unlawfully accessed and obtained at SIA's website to log into Vote-Now's voting system thirty times, using the employee voting credentials to view the ballots submitted by various Flight Attendants and apparently attempting to cast votes on behalf of some Flight Attendants.

23.    Although Price did not inform SIA that he could access the Confidential Member Information for each Flight Attendant, he did inform fellow SkyWest Flight Attendant and AFA supporter Jacque Crossley ("Crossley") and AFA Campaign Representative Gailen David ("David").

24.    On April 13, 2023, Price sent David and Crossley an email with links and instructions for David to access SIA's Confidential Member Information:

9

**SIA info**
5 messages

**Shane Price** <sdp4444@gmail.com>                                    Thu, Apr 13, 2023 at 2:13 PM
To: Gailen David <gdavid@afacwa.org>, Jacque Crossley <jacque.crossley@live.com>

Here are the links to the SIA documents.

This is the link for the root file:
https://oursia.org/wp-content/uploads/

From there you can click on the year, then month. In each month's folder they have all the documents and images they upload to the website for that month. For example, here the link for this month:
https://oursia.org/wp-content/uploads/2023/04

Here is the link for last month:
https://oursia.org/wp-content/uploads/2023/03/

In every folder there is always one if not more "SIA_Members" list published in a .csv file. In the folder you can see what date it was uploaded. So, this month there are two so far. One was uploaded on the 2nd and one on the 11th. Those files don't have links but, if you click on them, they will download and you can view them on your computer.

Also every month they publish an updated "2023-Flight-Attendant-Gone-List" as a PDF. I believe that is a list of flight attendants that have left the company. Here is a link to the latest:
https://oursia.org/wp-content/uploads/2023/04/2023-Flight-Attendant-Gone-List.pdf

25.    Crossley also responded to Price's email that same day, telling Price that "Gailen [David] is checking on whether or not we can give this access to AFA IT or if it would be considered sketchy and not something they should have access to. I'll let you know what he says."

26.    On April 14, 2023, David responded to Price: "Can we quietly download this information every month?" In other words, David was asking to see a competitor's confidential information "quietly" on a monthly basis.

10

---

**Gailen David** <gdavid@afacwa.org>                                    Fri, Apr 14, 2023 at 8:05 AM
To: Shane Price <sdp4444@gmail.com>
Cc: Jacque Crossley <jacque.crossley@live.com>

Thanks for this, Shane!

Can we quietly download this info every month?

Also, I added you to my Canva Team. Let me know if you have any problems getting in.

We can change a DELTA PALM CARD folder with the designs and copy (some obviously have to be adjusted) to the SkyWest AFA It's Time branding. We can then have these printed.

Let's talk soon.

Gailen

[Quoted te t hidden]
--
Gailen David (He/Him)
Campaign Representative
**Association of Flight Attendants-CWA, AFL-CIO**
C 305.773.3627
gdavid@afacwa.org

---

27.    A few days later, Price responded, "I can definitely quietly download what they upload every month." Price and David knew they were not entitled to this information and that they would need to download it "quietly."

28.    On April 14, 2023, David also forwarded Price's email with the links to SIA's Confidential Member Information to AFA Strategic Campaign Lead Steve Ekerberg and AFA Research Assist Manager Theresa O'Donnal, asking them to "see if any of this info he has located may be useful for compiling data on SkyWest." Armed with the stolen information from SIA, AFA representatives were passing the information around to compile data on SkyWest.

11

From: **Gailen David** <gdavid@afacwa.org>
Date: Fri, Apr 14, 2023 at 10:11 AM
Subject: Fwd: SIA info
To: Theresa O'Donnal <todonnal@cwa-union.org>
Cc: Steve Ekerberg <sekerberg@afacwa.org>

Hi Theresa!

Congrats on Spirit!

Our SkyWest activists are working on clarifying their comparison needs and I will keep you posted.

In the meantime, our amazingly talented SkyWest Flight Attendant, Shane Price, forwarded this to me, who recently got us an up-to-date SkyWest seniority list.

Please see if any of this info he has located may be useful for compiling data on SkyWest.

Thanks,
Gailen

**SIA Holds an Election in August 2023**

~~9.~~29.    On a regular basis, SIA, in accord with its bylaws, holds secret ballot elections in which each eligible Flight Attendant is able to freely express their choice in regard to electing peers to serve as SIA ~~representatives~~Representatives and serve on the SIA Board.

30.    One such SIA election took place on or about August 9–14, 2023 (the "August 2023 Election").

~~10.~~31.  For the voting process, SIA utilized a third-party vendor Vote-Now, which operates an online web-based balloting system, ~~Vote-Now,~~ to administer the August 2023 Election virtually. The system was password-protected, and all ballots cast through the system were to remain secured and confidential within Vote-Now. For purposes of voting, Flight Attendants had

12

to log into Vote-Now's website using their own individualized and unique credentials; (login and password); thereafter, they could secretly cast their individual ballots.

~~11.~~32.  In advance of the August 2023 Election, ~~SkyWest Airlines provided to SIA~~ a list was generated of all current Flight Attendants and each ~~attendant's~~Flight Attendants' unique employee number. SIA also ~~was provided~~received unique credentials in the form of Vote-Now passwords for each Flight Attendant to use in order to cast their secret ballot. This "Confidential ~~Employee~~Member Information~~" (or "CEI")~~ was stored on SIA's website, which is password-protected and not accessible to the public.  Specifically, the ~~CEI~~Confidential Member Information was placed within what was set up as a confidential partition within the website.  This partition was set up so as not to be ~~accessible to even SIA members~~known or accessed by anyone without specific permission from ~~an~~a website administrator.

~~12.   On information and belief, Price could not have accessed the data without manipulating the website's URL and/or reading the website's underlying code. However, unbeknownst to SIA, in approximately June 2023 – i.e., around two months before the August 2023 Election – Price evidently somehow was led to or stumbled upon what he realized was a security gap within SIA's website. In particular, he learned that by manipulating the website's URL, he could access data including the names, employee identification numbers, and voting credentials for each and every Flight Attendant.~~

~~13.   The appropriate thing for Price to have done would have to inform SIA.  However, he chose not to do so and ultimately engaged in additional inappropriate conduct – using the CEI he had unlawfully accessed and obtained at SIA's website to log into Vote-Now's voting system~~

13

~~multiple times, using the employee login credentials to view the ballots submitted by various Fight Attendants and apparently cast votes on behalf of Flight Attendants who had to vote.~~

~~14.    At some point, Price created a video that showed the steps he took to log into Vote-Now's voting system using the Flight Attendant credentials he had improperly obtained in what was to be a confidential partition within SIA's website. Evidently, Price gave his video this title: "How to Hack the Election."~~

~~33.~~    ~~On or around August 14, 2023, Vote-Now reported to SIA that it had discovered there were suspicious voting patterns. Around the same time~~The voting period opened as planned on August 9, 2023, with Vote-Now activating its electronic platform.

~~15.~~34.  As the election proceeded, a number of individual Flight Attendants complained both to SIA via email and on SIA's Facebook page that they had recently tried to log into Vote-Now's website to vote but were unable to do so ~~instead~~. Instead of being given access to the voting system, they reported seeing a message pop up that indicated that they had already voted. This was happening because a then Flight Attendant and candidate in the election, Ericka Robertson (or someone using her IP address), was voting multiple times for Robertson using other Flight Attendants' credentials. However, this was not known to SIA at the time.

~~16.    On or around August 15, 2023, Grange, who had been provided a copy of Price's election-hacking video, posted the video on Facebook along with a link to access files holding the names and CEI of all of SkyWest's approximately 4,000 flight attendants.~~

~~Because it appeared~~**During the August 2023 Election, Price, Grange, and Crossley Plan to "Expose" SIA**

**Formatted:** Indent: Left: 0", First line: 0.5", Numbered + Level: 1 + Numbering Style: 1, 2, 3, ... + Start at: 1 + Alignment: Left + Aligned at: 0.25" + Indent at: 0.5"

14

35.    On August 10, 2023, during the SIA election, Grange messaged Price, "Jacque [Crossley] said at one time you guys were looking at the seniority list or FA [Flight Attendant] list and you could get to the SIA voter codes. Do you remember that and can you show me where?"

36.    Within the hour, Price responded, "I sure can. I just landed. Before me [sic] next flight I will send you a link." He then sent Grange links and instructions "to the SIA documents" (see below). At this time, neither Price nor Grange reported to SIA that they had this information or that it could be accessed through URL manipulation on the SIA website.

> Here are the links to the SIA documents.
>
> This is the link for the root file:
> https://oursia.org/wp-content/uploads/
>
> From there you can click on the year, then month. In each month's folder they have all the documents and images they upload to the website for that month. For example, here the link for this month:
> https://oursia.org/wp-content/uploads/2023/08
>
> Here is the link for last month:
> https://oursia.org/wp-content/uploads/2023/07
>
> In every monthly folder there are always one, if not more, "SIA_Members" list published as a .csv file. This is where the passwords are. Those files don't link you to a webpage but, if you click on them, they will download and you can view them on your computer.
>
> 5:30:54 PM

37.    On August 14, 2023, Grange, Price, and Crossley messaged each other in a group chat about the problems Flight Attendants were having with the voting. Price shared a screenshot from Facebook from another Flight Attendant sharing that the voting system stated her "registration code has already been used to vote in the election."

15

38.    That same day, Grange replied on the message thread that she had "opened" the links that Price had sent her. These links contained Flight Attendant lists including full names, employee numbers, and unique voter passwords.

39.    As Grange and Crossley continued to text about problems Flight Attendants were having with voting during the election, Crossley wrote, "Shane [Price] knows how it was accessed. We just need to expose them." Grange responded, "The hard thing to prove is how they get past the password into the vote. We can get to their SIA code but not their SWOL password." Crossley confirmed, "Shane [Price] has already figured it out. I'll call you after I've spoken to him."

40.    Grange proposed posting a promise to "file a company and SIA grievance for this current vote," but Crossley told her to "wait until I speak to Shane [Price]." Grange then decided "it might be better to see the results [of the election]."

41.    Grange and Crossley gave Price the names of other SIA members to "check" to see if they had voted in the election. Price ultimately signed into Vote-Now 30 times for 16 different Flight Attendants.

42.    Later on August 14, 2023, Grange asked Price, "Shane—before voting closes can you video you following the pathway to vote for someone (use Anita or Kristi) and then it physically shows the pathway and ability to manipulate the vote for our grievance." Price responded by "liking" Grange's request. At this time, neither Price nor Grange reported to SIA that they had this information or that it could be accessed through URL manipulation on the SIA website.

43.    That same day, August 14, 2023, Price created a video that showed the steps he took to log into Vote-Now's voting system using the flight attendant voter passwords he had

16

improperly obtained in what was a confidential partition within SIA's website. Price messaged Grange and Crossley, "Got the video. I keep wanting to make it better and show the process from downloading the SIA passwords to possible voting."

**Price, Grange, and Crossley Bring Their Plan to AFA, David, and Pro-AFA Flight Attendants**

44.    On August 14, 2023, Price, Grange, Crossley, Finley, and David were part of a WhatsApp message group called "Double O ITS TIME Agents" ("Agents Message Thread").

45.    "OO" is SkyWest's code assigned by the International Air Transport Association.

46.    "OO (Our Voice Our Choice) It's Time" is the name of the campaign of a group of SkyWest Flight Attendants who want to replace SIA with AFA as the bargaining representative for SkyWest Flight Attendants.

47.    On the morning of August 14, 2023, in the Agents Message Thread, Crossley posted, "We have figured out that anyone can access all SIA memembers [sic] name, employee # and SIA code from a spreadsheet on SIA's website (you don't even have to be logged into it to access). **We noticed last year but have sat on it.** Interesting that so many people didn't vote but it shows them voting when they go in to vote. And now SIA has opened voting back up because of the 'glitch' they are claiming as voting when people did not vote. **How should we use this information?**" (Emphasis added). At this time, none of the SkyWest Flight Attendants on the Agents Message Thread reported to SIA that they had this Confidential Member Information or that it could be accessed through URL manipulation on the SIA website.

48.    SkyWest Flight Attendant Kelly Frieders, using the screen name "Kelly OO Frieders," asked, "How did you discover it? Can you back it up with documentation so it doesn't

17

come off as a baseless accusation?" Crossley explained, "It's a spreadsheet that Shane [Price] noticed on the SIA website." And Grange confirmed, "Standby Kelly – Shane [Price] has the pathway."

49. Price then replied with a screenshot of the SIA Confidential Member Information that included Frieders' information, as well as the information of 24 other SkyWest Flight Attendants.

50. Price also sent links to the "SIA documents" with instructions on how to access the documents containing Confidential Member Information.

Here are the links to the SIA documents.

This is the link for the root file:
https://oursia.org/wp-content/uploads/

From there you can click on the year, then month. In each month's folder they have all the documents and images they upload to the website for that month. For example, here the link for this month:
https://oursia.org/wp-content/uploads/2023/08

Here is the link for last month:
https://oursia.org/wp-content/uploads/2023/07

In every monthly folder there are always one, if not more, "SIA_Members" list published as a .csv file. This is where the passwords are. Those files don't link you to a webpage but, if you click on them, they will download and you can view them on your computer.

11:14:04 AM

51. Frieders responded, "Well [emoji] me!!!! Yeah, blow them up!"

18

52.     Frieders then asked, "Do we release everyone's number so they can see it's real or redact? I mean, either way they're going to have to change everyone's code."

53.     Frieders further stated, "I think this invalidates the entire vote either way."

54.     At 11:20 a.m., Grange stated, "We only have 40 min. until close. Then I say we BLOW up FB!!" Grange was referring to the close of the SIA election.

55.     Finley wrote, "Part of me thinks we should wait until after the election in order to cast serious doubt on the election results and completely undermine SIA's election integrity." He continued, "The other half of me feels that even though we're pro-union, we have information that could seriously impact our FAs [Flight Attendants], and they should be made aware before casting their votes."

56.     By pro-union, Finley meant the group was seeking to displace SIA with AFA as the bargaining representative for the Flight Attendants. These messages included David who was the campaign representative for AFA seeking to displace SIA. With David (on behalf of AFA) on the chat, this group was discussing how to blow up the SIA election. Blowing up the election would improve AFA's chances of displacing SIA.

57.     Although David did not respond to these comments at the time, he was included in the entire discussion on the Double O ITS TIME Agents WhatsApp conversation.

58.     Price wrote at 11:55 a.m., "I was making a screen capture of the whole process and wanted to do that before the vote closes." However, Price took no steps to inform SIA of the issue before the vote closed.

19

59.    Although the 2023 SIA election was scheduled to close at 12:00 p.m. MT on August 14, 2023, the problems Flight Attendants had encountered while voting led to an extension of the election.

60.    Price messaged the video to the group WhatsApp discussion at 12:20 p.m. He then stated, "I do have a fear personally of getting trouble as the whistle blower. I don't want to be accused of tampering with the election." Price knew that he did not have permission to access the Confidential Member Information.

61.    Grange responded, "BLAME me!! Seriously I'll take it all." Grange continued, "I plead the 5tg [sic]. I'll be the one to post it and put my name on the grievances… let them fire me."

62.    Price explained, "I [sic] took me the last 20 minutes to send because I was figuring out how to erased [sic] the metadata from it to limit the ability to link it back to me or my computer." Price knew that he did not have permission to view or share this Confidential Member Information and that it was confidential. Price wanted to keep the video from being linked to him.

63.    At 8:50 p.m., Grange wrote, "I was thinking after results but now I'm thinking strike while everyone is HOT. Do you want me to post it? I'm happy to take the heat – let them try to fire me."

64.    Grange further stated, "I've been thinking – I can give it credibility because I've been on the inside and can even say this is not the first time and they said it was taken care of and 100% confidential and tamper proof."

65.    Grange then asked, "Gailen [David] – Any advice?" Grange was asking advice from the AFA Campaign Representative about what to do with its competitor's Confidential Member Information.

20

66.     At 10:58 p.m., Price shared a screenshot and pointed out, "My name is on the video, no matter what, people are going to figure out that I made the video."

67.     The next morning, on August 15, 2023, Price posted a new screenshot and explained, "Before I went to bed I did edit it to blur out my name." He "also blurred out when it popped up and showed previous codes I tried like mine and Jacques [sic] are on that list." However, Price did not blur out Confidential Member Information regarding other Flight Attendants.

68.     In another screenshot, Price showed how he "blurred this out where it showed I have downloaded the SIA member list back in April." Price was attempting to cover up the fact that he had this information since at least April and had not disclosed it to SIA in time to prevent problems in the election. However, he did not blur out Confidential Member Information before it was posted online.

**Grange Posts Price's Video with SIA's Confidential Member Information**

69.     Grange, on behalf of herself, Price, Crossley, and AFA, posted the video on multiple Facebook pages for SkyWest Flight Attendants just before 10:00 a.m. on August 15, 2023.

70.     Grange found that the video format could not be posted on SkyWest company forums, so she asked Price for "a link I can post on the forums."

71.     Price sent "a link to get the document that has the passwords," with instructions for how to "download an excel sheet that has the whole membership and their passwords." Grange posted this link on SkyWest's online forum.

72.     Anyone viewing the Facebook video or link could click on the link and access the Confidential Member Information of all the Flight Attendants.

21

73.    SIA did not become aware of any of the actions of AFA, Price, Grange, or Crossley until learning about the video Grange had posted on August 15, 2023. Even after the video was posted, many of these facts only came to light in response to discovery requests in this litigation.

**SIA's August 2023 Election Is Compromised**

74.    On or around August 14, 2023, towards the end of the voting period, Vote-Now reported to SIA that it had discovered there were suspicious voting patterns in the election.

~~17.~~75.  Vote-Now, concerned that the integrity of the election had been compromised, ~~Vote-Now was unable to~~ notified SIA that it would not certify the election results. SIA, having been made aware of Vote-Now's concerns and some of the grounds for them, agreed.

~~18.~~76. Subsequently, SIA arranged for a forensic investigation~~.~~. Because some of the Confidential Member Information was tied to SkyWest, SIA was assisted by experts from SkyWest's Human Resources and Information Technology ("IT") departments.

~~19.~~77.  ~~Analyzing IP addresses, the technical team determined~~The forensic investigation revealed that Price and another ~~now-~~former ~~flight attendant~~ Flight Attendant Erika Robertson ("Robertson") (or someone using her IP address) had fraudulently utilized other ~~flight attendants'~~Flight Attendants' login credentials to access and/or cast ballots on Vote-Now.

~~20.~~78.  In addition, SkyWest interviewed Price, Grange, and ~~the other now-former flight attendant~~Robertson regarding their knowledge, roles and involvement in regard to (1) the ~~hack~~hacking of the confidential partition within SIA's password-protected website and (2) the ensuing corruption of the balloting. ~~—~~Price admitted that he had found and taken the ~~CEI~~Confidential Member Information from SIA's website, and he also acknowledged that he had logged into the Vote-Now website—using the stolen ~~CEI~~information—multiple times ~~and sought~~

22

**Formatted:** Indent: Left: 0", First line: 0.5", Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 0.25" + Indent at: 0.5"

to cast tens of fraudulent votes. . Price admitted that he did not have the necessary permissions to be in possession of or use anyone's CEIother Flight Attendants' Confidential Member Information on Vote-Now's system.

21.79.  SkyWest terminated the employment of Grange and Price effective September 14, 2023. SkyWest also terminated Robertson. On information and belief, SkyWest terminated Grange and Price because they had posted confidential information regarding employees online.

80.  On information and belief, AFA used Price, Grange, and Crossley's stunt to discredit SIA and increase the number of Flight Attendants who signed union cards for AFA. On November 14, 2023, in her testimony before the Senate Committee on Health, Education, Labor, and Pensions, AFA President Sara Nelson misrepresented the actions of Price and Grange: "We have an organizing campaign at the largest regional carrier right now, SkyWest Airlines. . . . When Tresa Grange, a nearly 25-year employee with SkyWest and honored, and Shane Price, nine-year employee, stood up and showed that this company union was a sham and that their voting system was a sham, they were fired for their union organizing."

81.  Nelson did not explain that Price was terminated for hacking parts of SIA's website and taking Confidential Member Information. Nelson did not explain that Grange was terminated for posting this Confidential Member Information online. Nelson did not explain that Price had sent SIA's Confidential Member Information to AFA which then requested to quietly download the information each month. And Nelson did not explain that AFA was in possession of SIA's Confidential Member Information.

82.  Due to Price and Grange publishing the Confidential Member Information from SIA's website and the fraudulent votes believed to be cast by Robertson, SIA needed to hold a new

23

election, which included arranging for new voting credentials for each of its then more than 4,100 Flight Attendants and hold a new election.

83.    On or about January 13, 2025, due to his actions as described above, the State of Utah charged Price with one count of Unlawful Possession of Another's Identification Documents, a second-degree felony, and one count of Unlawful Computer Technology Access/Action/Attack, a third-degree felony.

84.    On or about January 13, 2025, due to her actions as described above, the State of Utah charged Grange with one count of Unlawful Possession of Another's Identification Documents, a third-degree felony, and one count of Unlawful Computer Technology Access/Action/Attack, a third-degree felony.

## FIRST CAUSE OF ACTION
(Computer Fraud and Abuse Act — AFA, David, Price and, Grange, and Crossley)

22.85.  SIA incorporates by reference all other paragraphs of this Counterclaim.

23.86.  Price, presumably with the support and encouragement of AFA, David, Grange and Crossley, knowingly and intentionally—and without any authorization or right to do so—logged into SIA's password-protected website and, using hacking techniques, accessed the confidential partition containing each Flight Attendant's CEIConfidential Member Information.

24.87.  Using the CEIConfidential Member Information he had stolen, Price logged into Vote-Now's secured voting system and then proceedproceeded to access Flight Attendants' ballots. The end result was that the election was rendered invalid, and a second election had to be conducted. SIA also incurred costs in investigating Price's conduct and hiring legal counsel to assist with the issues created by Price's conduct.

25.88.  As a result, SIA has incurred far more than $5,000 in losses.

24

**Formatted:** No bullets or numbering

**Formatted:** Indent: Left: 0", First line: 0.5", Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 0.25" + Indent at: 0.5"

## SECOND CAUSE OF ACTION
### (Stored Communications Act – Price and Grange)

Formatted: Indent: Left: 0.25", No bullets or numbering

~~26.~~89.  SIA hereby incorporates by reference all other paragraphs of this Counterclaim.

Formatted: Indent: Left: 0", First line: 0.5", Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 0.25" + Indent at: 0.5"

~~27.~~90.  Price, ~~in somehow accessing~~ acted knowingly, willingly, and wrongfully when he accessed SIA's password-protected website without any permission or right to do so, ~~in~~ identified SIA's Confidential Member Information, and then ~~hacking into the confidential partition where SIA had stored the CEI from SkyWest, and then in appropriating unto~~ "quietly downloaded" it for himself and ~~stealing the CEI, acted knowingly, willingly, wrongfully and with contempt for SIA, the 4,100 Flight Attendants employed by SkyWest whom SIA represents, and individual Flight Attendants' rights and dignity as worthy voters entitled to cast a vote—a legitimate and meaningful vote—in SIA's election~~AFA.

~~28.~~91.  On information and belief, Grange, intentionally and with little if any compunction, encouraged and facilitated such actions by Price.

~~29.~~92.  The end result—Price's unauthorized and improper use of other Flight Attendants' ~~CEI~~Confidential Member Information at Vote-Now's password-protected website and, in particular, his efforts to apparently fraudulently cast votes or view votes on behalf of numerous unsuspecting Flight Attendants—effectively prevented the election from being certified and resulted in a need for a subsequent vote to be scheduled.

~~30.~~93.  As a result of Price's improper accessing, misappropriation and unauthorized use (and Grange's encouragement) of ~~CEI~~Confidential Member Information, SIA, all of SIA's then 4,100 members as a group, and numerous individual Flight Attendants suffered a variety of significant harms and damages.

PBL\4920-1523-2837.v2

**THIRD CAUSE OF ACTION**

(Computer Abuse and Data Recovery Act, Utah Code Ann. ___.___ against Price and Grange)

~~31.~~94. SIA hereby incorporates by reference all other paragraphs of this Counterclaim.

95. Price knowingly, intentionally, and without permission to do so, logged into SIA's password-protected website with an objective of hacking into the special partial containing the ~~CEI~~Confidential Member Information that had been provided to SIA by SkyWest. Successful ~~in efforts~~, he ~~wrongfully~~ proceeded to ~~what he chose as his next appropriate unto himself and~~ abscond with the ~~CEI~~Confidential Member Information, so that he could provide the information to AFA and proceed to the Vote-Now voting system and wrongfully use the ~~CEI~~Confidential Member Information there.

~~32.~~96. On information and belief, at various points Grange supported and encouraged Price in these regards. In the end, ~~he~~Price accomplished what he set out to do~~: indulging himself in~~ using numerous other Flight Attendants' ~~CEI~~Confidential Member Information in devious efforts to attempt to cast *their* votes in SIA's election, he violated their rights and corrupted the election.

~~33.~~97. Upon information and belief, in stealing and then brazenly using numerous other Flight Attendants' ~~CEI~~Confidential Member Information at Vote-Now's website, Price acted with intent to both seize and then use up the intrinsic value of the ~~CEI~~Confidential Member Information for his own selfish ends while apparently unconcerned that his intrusion into Flight Attendants' right to case their own votes amounted to a violation of them and their rights.

~~34.~~98. Price well knew that Flight Attendant ~~CEI~~Confidential Member Information is personal and confidential information that is not publicly available—and not otherwise available without authorization or right that Price did not have.

26

PBL\4920-1523-2837.v2

35.99.   Price's actions as referenced above caused SIA—institutionally and as comprised of the then 4,100 Flight Attendants of SkyWest who are SIA's members—as well as individual Flight Attendants to suffer various significant harms and damages.

### FOURTH CAUSE OF ACTION
(Breach of Contract – against Grange)

36.100.    SIA incorporates by reference all other paragraphs of this Counterclaim.

37.101.    In 2015, Grange signed a confidentiality agreement ("Confidentiality Agreement") with SIA, in connection with what, until several years ago, had been her official role with the organization. The Confidentiality Agreement requires, among other things, that Grange not disclose or use confidential information of SIA "DURING OR SUBSEQUENT TO MY SERVICE AS A SIA REPRESENTATIVE" (emphasis in original).

38.102.    The Confidentiality Agreement is a legally binding contract, and it is evergreen—it has no expiration date.

39.103.    Pursuant to the Confidentiality Agreement, Grange agreed to not disclose, divulge, or otherwise communicate confidential employee data.  She also agreed not to use confidential employee data for her own purposes, other than in connection with an authorized use.

40.104.    SIA, at all relevant times, has appropriately performed its obligations under the Confidentiality Agreement.

41.105.    On information and belief, Grange breached her Confidentiality Agreement by, among other things, encouraging and facilitating Price in regard to inappropriate and nefarious actions on his part as described above which themselves destroyed the confidentiality of SIA information. Grange further breached her Confidentiality Agreement to the extent that she publicly

27

posted online  or coordinated with Price for him to post online on her behalf  Price's election-

hacking and a link to files containing CEIConfidential Member Information.

42.106.    SIA did not authorize Price's or Grange's use or disclosures of the
CEIConfidential Member Information, and neither Price nor Grange had any right to use or
disclose any CEIConfidential Member Information.

43.107.    As a result of Grange's actions in violation of her Confidentiality
Agreement with SIA, SIA suffered damages in an amount to be proven at trial.

### FIFTH CAUSE OF ACTION
#### (Conversion against AFA and Price)

108.    SIA incorporates by reference all other paragraphs of this Counterclaim.

109.    Price unlawfully downloaded SIA's Confidential Member Information.

110.    AFA, through "Mobilization Coordinator" David, encouraged Price to steal such
information from SIA.

111.    Price, David, and AFA have willfully interfered with SIA's possession of such
Confidential Member Information, without lawful justification, thereby depriving SIA from using
the information, requiring SIA to change its website, logins, and identifying information.

112.    SIA is entitled to immediate possession of the Confidential Member Information.

113.    The conduct of Price, David, and AFA has damaged SIA in an amount to be proven
at trial.

### SIXTH CAUSE OF ACTION
#### (Trespass to Chattels against AFA, David, and Price)

114.    SIA incorporates by reference all other paragraphs of this Counterclaim.

28

115.    Price willfully used and/or interfered with SIA's Confidential Member Information and website as described above.

116.    Price's access to, use of, and interference with SIA's Confidential Member Information and website was unauthorized and/or exceeded the scope of authorized access.

117.    AFA, through its representative David, encouraged Price to access SIA's Confidential Member Information and website and to steal such information from SIA.

118.    Price, David, and AFA had no lawful justification for their access to, use of, and interference with SIA's Confidential Member Information and website.

119.    Price, David, and AFA's conduct was intentional and has caused damage to SIA in an amount to be proven at trial. These damages include, but are not limited to, the cost of running a new election; the cost of hiring an outside forensic expert to investigate the election; the opportunity costs, organizational costs, and institutional harms to SIA, including the need to redirect resources from its normal operations to address the fallout of AFA, David, and Price's conduct; harm to SIA's reputation both generally and with its Members; and attorney fees to advise SIA regarding security and other issues raised by these events.

**SEVENTH CAUSE OF ACTION**
(Civil Conspiracy against AFA, David, Price, Grange, and Crossley)

120.    SIA incorporates by reference all other paragraphs of this Counterclaim.

121.    AFA, David, Price, Grange, Crossley and other pro-AFA SkyWest Flight Attendants conspired to unlawfully to obtain SIA's Confidential Member Information to (1) campaign for AFA to replace SIA as the labor organization of SkyWest Flight Attendants and (2) compromise SIA's election.

29

122.    AFA, David, Price, Grange, Crossley and other pro-AFA SkyWest Flight Attendants, conspired through a meeting of the minds, as evidenced by their email, text, and WhatsApp communications, to unlawfully and overtly obtain and publish SIA's Confidential Member Information to compromise SIA's elections.

123.    SIA was damaged by AFA, David, Price, Grange, and Crossley's conduct in an amount to be proven at trial. These damages include, but are not limited to, the cost of running a new election; the cost of hiring an outside forensic expert to investigate the election; the opportunity costs, organizational costs, and institutional harms to SIA, including the need to redirect resources from its normal operations to address the fallout of AFA and Price's conduct; harm to SIA's reputation both generally and with its Members; and attorney fees to advise SIA regarding security and other issues raised by these events.

**EIGHTH CAUSE OF ACTION**
(Tortious Interference with Contractual Relationships
against AFA, David, Price, Grange, and Crossley)

124.    SIA incorporates by reference all other paragraphs of this Counterclaim.

125.    The relationship between a labor organization and its members is contractual.

126.    SIA has a contractual relationship with its Members.

127.    AFA, David, Price, Grange, and Crossley knew or should have known of the contractual relationship between SIA and its Members.

128.    AFA, David, Price, Grange, and Crossley intentionally interfered with this relationship by engaging in improper conduct, including but not limited to their unauthorized access of SIA's Confidential Member Information, publishing that information, and doing so to undermine and compromise SIA's August 2023 Election.

30

129.    The conduct of AFA, David, Price, Grange, and Crossley was improper and not privileged, justified, or legally permissible. Each acted with the intent to harm SIA's contractual relationship with its Members and with knowledge that such harm was substantially certain to occur.

130.    As a direct and proximate result of improper actions and interference by AFA, David, Price, Grange, and Crossley, SIA has suffered economic injury, including damage to its reputation and other damages in an amount to be proven at trial.

131.    AFA, David, Price, Grange, and Crossley's conduct was willful, malicious, or intentionally fraudulent, entitling SIA to an award of punitive damages under Utah Code section 78B-8-201.

**PRAYER FOR RELIEF**

Wherefore, SIA demands a trial by jury and prays for relief against AFA, David, Price and, Grange, and Crossley, respectively, as follows:

a. For general and special damages in an amount to be proven at trial;

b. For such injunctive relief or other equitable relief as the Court deems just and proper;

c. For punitive damages under 18 U.S.C. § 2707 and Utah Code § 78B-8-201;

d. For SIA's attorneys' fees and costs incurred in this matter; and

e. For pre- and post-judgment interest as allowed by law; and

f. For such other and further relief as the Court deems just and appropriate under the circumstances.

DATED July 25, 2024 _____, 2025.

31



/s/ Erik A. Christiansen

Erik A. Christiansen

Erik A. Christiansen
Christina M. Jepson
Sarah Jenkins Dewey
PARSONS BEHLE & LATIMER

Attorneys for Defendant SkyWest Inflight
Association

Attorneys for Defendant SkyWest Inflight
Association

**Formatted:** Font: 12 pt

**Formatted:** Font: 12 pt

**Formatted:** Font: 12 pt

**Formatted:** Font: 12 pt

**Formatted:** Font: 12 pt

PBL\4920-1523-2837.v2

32

| Page 1: [1] Style Definition | Sarah Jenkins Dewey | 5/20/2025 1:48:00 PM |
|---|---|---|

TitleTOCPage

| Page 1: [2] Style Definition | Sarah Jenkins Dewey | 5/20/2025 1:48:00 PM |
|---|---|---|

TitleTOC

| Page 1: [3] Style Definition | Sarah Jenkins Dewey | 5/20/2025 1:48:00 PM |
|---|---|---|

TitleTOAPage

| Page 1: [4] Style Definition | Sarah Jenkins Dewey | 5/20/2025 1:48:00 PM |
|---|---|---|

TitleTOA

| Page 1: [5] Style Definition | Sarah Jenkins Dewey | 5/20/2025 1:48:00 PM |
|---|---|---|

CaptionParty

| Page 1: [6] Style Definition | Sarah Jenkins Dewey | 5/20/2025 1:48:00 PM |
|---|---|---|

Signature

| Page 1: [7] Style Definition | Sarah Jenkins Dewey | 5/20/2025 1:48:00 PM |
|---|---|---|

Centered Bold Lower,CBL: Space After:  12 pt

| Page 1: [8] Style Definition | Sarah Jenkins Dewey | 5/20/2025 1:48:00 PM |
|---|---|---|

Center Bold Underline,cbu: Font: Bold, All caps

| Page 1: [9] Style Definition | Sarah Jenkins Dewey | 5/20/2025 1:48:00 PM |
|---|---|---|

Centered Bold,cb

| Page 1: [10] Style Definition | Sarah Jenkins Dewey | 5/20/2025 1:48:00 PM |
|---|---|---|

Body Text Double,btd

| Page 1: [11] Style Definition | Sarah Jenkins Dewey | 5/20/2025 1:48:00 PM |
|---|---|---|

LeftSS: Justified

| Page 1: [12] Style Definition | Sarah Jenkins Dewey | 5/20/2025 1:48:00 PM |
|---|---|---|

Normal (Web): Justified

| Page 1: [13] Style Definition | Sarah Jenkins Dewey | 5/20/2025 1:48:00 PM |
|---|---|---|

List Paragraph: Add space between paragraphs of the same style

| Page 1: [14] Style Definition | Sarah Jenkins Dewey | 5/20/2025 1:48:00 PM |
|---|---|---|

DocID: Font: 8 pt, Justified, Space Before:  12 pt, Tab stops:  3", Centered +  6", Right

| Page 1: [15] Style Definition | Sarah Jenkins Dewey | 5/20/2025 1:48:00 PM |
|---|---|---|

Revision: Font:

| Page 1: [16] Style Definition | Sarah Jenkins Dewey | 5/20/2025 1:48:00 PM |
|---|---|---|

Footnote Reference

| Page 1: [17] Style Definition | Sarah Jenkins Dewey | 5/20/2025 1:48:00 PM |
|---|---|---|

LITANSWER_L3: Ligatures: None, Justified, Indent: First line:  0", Outline numbered + Level: 3 + Numbering Style: A, B, C, … + Aligned at:  1" + Tab after:  1.5" + Indent at:  0", Tab stops: 0.25", List tab + Not at  1.5"

| Page 1: [18] Style Definition | Sarah Jenkins Dewey | 5/20/2025 1:48:00 PM |
|---|---|---|

LITANSWER_L2: Ligatures: None, Justified, Outline numbered + Level: 2 + Numbering Style: 1, 2, 3, … + Aligned at:  0.94" + Tab after:  1.44" + Indent at:  0.44"

| Page 1: [19] Style Definition | Sarah Jenkins Dewey | 5/20/2025 1:48:00 PM |
|---|---|---|

LITANSWER_L1: Ligatures: None, Outline numbered + Level: 1 + Aligned at: 0" + Tab after: 0.5" + Indent at: 0"

| Page 1: [20] Style Definition | Sarah Jenkins Dewey | 5/20/2025 1:48:00 PM |
|---|---|---|

Placeholder Text

| Page 1: [21] Style Definition | Sarah Jenkins Dewey | 5/20/2025 1:48:00 PM |
|---|---|---|

Balloon Text: Font: Line spacing: Exactly 12 pt

| Page 1: [22] Style Definition | Sarah Jenkins Dewey | 5/20/2025 1:48:00 PM |
|---|---|---|

Title: Font: (Default) Cambria, 16 pt, Bold, Font color: Auto, Not Expanded by / Condensed by , Centered, Level 1, Space Before: 12 pt, After: 3 pt, Add space between paragraphs of the same style, Border: Bottom: (No border)

| Page 1: [23] Style Definition | Sarah Jenkins Dewey | 5/20/2025 1:48:00 PM |
|---|---|---|

List Bullet: Indent: Left: 0", Hanging: 0.25", Space After: 12 pt, No bullets or numbering, Tab stops: 0.25", List tab + Not at 1"

| Page 1: [24] Style Definition | Sarah Jenkins Dewey | 5/20/2025 1:48:00 PM |
|---|---|---|

Hyperlink: Font: 12 pt, Font color: Blue

| Page 1: [25] Formatted Table | Sarah Jenkins Dewey | 5/20/2025 1:48:00 PM |
|---|---|---|

Formatted Table

| Page 1: [26] Formatted | Sarah Jenkins Dewey | 5/20/2025 1:48:00 PM |
|---|---|---|

Font: Not Bold

| Page 1: [27] Formatted | Sarah Jenkins Dewey | 5/20/2025 1:48:00 PM |
|---|---|---|

Normal, Centered, Space After: 0 pt

| Page 1: [28] Formatted | Sarah Jenkins Dewey | 5/20/2025 1:48:00 PM |
|---|---|---|

Caption, Right: 0.08"

| Page 1: [29] Formatted | Sarah Jenkins Dewey | 5/20/2025 1:48:00 PM |
|---|---|---|

Font: +Headings CS (Times New Roman)

| Page 1: [30] Formatted | Sarah Jenkins Dewey | 5/20/2025 1:48:00 PM |
|---|---|---|

Caption, Indent: Left: 0.5", Right: 0.08"

| Page 1: [31] Formatted | Sarah Jenkins Dewey | 5/20/2025 1:48:00 PM |
|---|---|---|

Font: +Headings CS (Times New Roman)

| Page 1: [32] Formatted | Sarah Jenkins Dewey | 5/20/2025 1:48:00 PM |
|---|---|---|

Caption, Right: 0.08"

| Page 1: [33] Formatted | Sarah Jenkins Dewey | 5/20/2025 1:48:00 PM |
|---|---|---|

Font: +Headings CS (Times New Roman)

| Page 1: [34] Formatted | Sarah Jenkins Dewey | 5/20/2025 1:48:00 PM |
|---|---|---|

Document Title, Centered, Indent: Left: 0.23"

| Page 1: [35] Formatted | Sarah Jenkins Dewey | 5/20/2025 1:48:00 PM |
|---|---|---|

Font: +Headings CS (Times New Roman)

| Page 1: [36] Formatted | Sarah Jenkins Dewey | 5/20/2025 1:48:00 PM |
|---|---|---|

Font: +Headings CS (Times New Roman)

| Page 1: [37] Formatted | Sarah Jenkins Dewey | 5/20/2025 1:48:00 PM |
|---|---|---|

Caption Right, Centered, Space Before:  0 pt

| Page 1: [38] Formatted | Sarah Jenkins Dewey | 5/20/2025 1:48:00 PM |
|---|---|---|

Font: +Headings CS (Times New Roman), Not Bold

| Page 1: [39] Formatted | Sarah Jenkins Dewey | 5/20/2025 1:48:00 PM |
|---|---|---|

Font: +Headings CS (Times New Roman)

| Page 1: [40] Formatted | Sarah Jenkins Dewey | 5/20/2025 1:48:00 PM |
|---|---|---|

Font: +Headings CS (Times New Roman)

| Page 1: [41] Formatted | Sarah Jenkins Dewey | 5/20/2025 1:48:00 PM |
|---|---|---|

Font: +Headings CS (Times New Roman)

| Page 1: [42] Formatted | Sarah Jenkins Dewey | 5/20/2025 1:48:00 PM |
|---|---|---|

Font: +Headings CS (Times New Roman)

| Page 1: [43] Formatted | Sarah Jenkins Dewey | 5/20/2025 1:48:00 PM |
|---|---|---|

Date Time Information, Centered, Space Before:  0 pt

| Page 1: [44] Formatted | Sarah Jenkins Dewey | 5/20/2025 1:48:00 PM |
|---|---|---|

Font: +Headings CS (Times New Roman)