# Exhibit C

```
             THIRD JUDICIAL DISTRICT - SALT LAKE COUNTY DISTRICT COURT
                         SALT LAKE COUNTY, STATE OF UTAH


              STATE OF UTAH ATTORNEY GENERAL vs. TRESA ANN GRANGE
CASE NUMBER 251900465 State Felony
CHARGES
        Charge 1 - 76-6-1105(2C)+(3C) - UNLAWFULLY POSSESS ID OF ANOTHER - DOCS OF 100+
        INDIVIDUALS - 3rd Degree Felony
        Offense Date: August 15, 2023
        Location: Salt Lake
        Mandatory Appearance

        Charge 2 - 76-6-703(2)+(3CIV) - UNLAWFUL COMPUTER ACCESS/ACTION/ATTACK -
        CONFIDENTIAL INFO - 3rd Degree Felony
        Offense Date: August 15, 2023
        Location: Salt Lake
        Mandatory Appearance


CURRENT ASSIGNED JUDGE
        JAMES BLANCH

PARTIES
        Plaintiff - STATE OF UTAH ATTORNEY GENERAL
        Represented by: HEATHER WAITE-GROVER

        Defendant - TRESA ANN GRANGE
        Represented by: NATHAN CRANE

DEFENDANT INFORMATION
        Defendant Name: TRESA ANN GRANGE
        Date of Birth: August 17, 1964
        Law Enforcement Agency: ATTORNEY GENERAL
        LEA Case Number: AG 2023-600
        Prosecuting Agency: ATTORNEY GENERAL
        Violation Date: 08-15-2023

ACCOUNT SUMMARY

CASE NOTE


PROCEEDINGS
01-13-2025   Case filed by efiler
01-13-2025   Filed: From an Information
01-13-2025   Judge JAMES BLANCH assigned.
01-13-2025   Filed: INFORMATION/INDICTMENT
01-13-2025   Filed: SUMMONS - TO ISSUE (PROPOSED)
01-13-2025   Filed: Return of Electronic Notification
01-13-2025   NOTICE for Case 251900465 ID 25132067
                Commissioner: TODD OLSEN


03-31-2025 11:02 AM                                                         Page 1 of 3
```

|  |  |
|---|---|
|  | In-person Appearance |
|  | INITIAL APPEARANCE/SUMMONS is scheduled. |
|  |    Date: 02/12/2025 |
|  |    Time: 08:30 a.m. |
|  |    Location: FAC - S31 |
|  |    Before Commissioner: TODD OLSEN |
|  |    THIRD DISTRICT COURT |
|  |    450 SOUTH STATE STREET |
|  |    SALT LAKE CITY, UT 84114-1860 |
|  |    UCJA Rule 4-401.02: court proceedings, including electronic proceedings, may NOT be recorded, photographed, or transmitted. Failure to comply with this prohibition may be treated as contempt of court, punishable by fine and time in jail. |
| 01-13-2025 | INITIAL APPEARANCE/SUMMONS scheduled on February 12, 2025 at 08:30 AM in FAC - S31 with Commissioner TODD OLSEN |
| 01-13-2025 | Filed: Notice for Case 251900465 FS Commissioner: TODD OLSEN |
| 01-13-2025 | Issued: Summons Issued<br>    Clerk MELODY SIVERTSON |
| 01-13-2025 | Filed: Return of Electronic Notification |
| 01-14-2025 | Filed: Return of Electronic Notification |
| 01-21-2025 | Filed: Appearance of Counsel/Notice of Limited Appearance |
| 01-21-2025 | Filed: Motion Rule 16 Motion for Discovery<br>    Filed by: TRESA ANN GRANGE |
| 01-21-2025 | Filed: Return of Electronic Notification |
| 01-23-2025 | Filed: Certificate of Service of State s Mandatory Disclosures |
| 01-23-2025 | Filed: Return of Electronic Notification |
| 02-12-2025 | Cancelled: SCHEDULING CONFERENCE scheduled on March 28, 2025 at 01:00 PM in THIRD FLOOR - W33 with Judge JAMES BLANCH |
| 02-12-2025 | Minute Entry - INITIAL APPEARANCE |
|  |    Commissioner: OLSEN, TODD |
|  | PRESENT |
|  |    Clerk: mattp |
|  |    Prosecutor: HEATHER WAITE-GROVER |
|  |    Defendant Present |
|  |    The defendant is not in custody |
|  |    Defendant's Attorney(s): CRANE, NATHAN |
|  |    Audio |
|  |    Tape Number: S31 Tape Count: 834 |
|  | INITIAL APPEARANCE |
|  |    A copy of the Information is given to the defendant. |
|  |    The Information is read. |
|  | HEARING |
|  |    To comply with BCI mandates, the State is requesting an order from the court ordering the State to provide any BCI protected material to the defense, including the defendant's criminal history (RAP sheet). Request is granted. |
|  |    Defendant has not been booked. Defendant was given the proper paperwork necessary for a Book & Release. |
|  | In-person Appearance |
|  | SCHEDULING CONFERENCE is scheduled. |
|  |    Date: 03/28/2025 |
|  |    Time: 01:00 p.m. |
|  |    Location: THIRD FLOOR - W33 |

```
                Before Judge: JAMES BLANCH
                THIRD DISTRICT COURT
                450 SOUTH STATE STREET
                SALT LAKE CITY, UT 84114-1860
        CUSTODY
                The defendant is not in custody.
                UCJA Rule 4-401.02: court proceedings, including electronic
                proceedings, may NOT be recorded, photographed, or
                transmitted. Failure to comply with this prohibition may be
                treated as contempt of court, punishable by fine and time
                in jail.
02-12-2025  Filed order: INITIAL APPEARANCE
                    Commissioner TODD OLSEN
                    Signed February 12, 2025
02-13-2025  Filed: Return of Electronic Notification
03-26-2025  Cancelled: SCHEDULING CONFERENCE scheduled on March 28, 2025 at
            01:00 PM in THIRD FLOOR - W33 with Judge JAMES BLANCH
03-27-2025  Filed: Return of Electronic Notification
03-28-2025  SCHEDULING CONFERENCE 1 scheduled on May 30, 2025 at 01:00 PM
            in THIRD FLOOR - W33 with Judge JAMES BLANCH
03-29-2025  Filed: Return of Electronic Notification
```

THIRD JUDICIAL DISTRICT - SALT LAKE COUNTY DISTRICT COURT
SALT LAKE COUNTY, STATE OF UTAH

STATE OF UTAH ATTORNEY GENERAL vs. SHANE DARRELL PRICE

CASE NUMBER 251900352 State Felony

CHARGES

Charge 1 - 76-6-1105(2C)+(3C) - UNLAWFULLY POSSESS ID OF ANOTHER - DOCS OF 100+ INDIVIDUALS - 2nd Degree Felony
Offense Date: August 14, 2023
Location: Salt Lake
Mandatory Appearance

Charge 2 - 76-6-703(2)+(3CIV) - UNLAWFUL COMPUTER ACCESS/ACTION/ATTACK - CONFIDENTIAL INFO - 3rd Degree Felony
Offense Date: August 14, 2023
Location: Salt Lake
Mandatory Appearance

CURRENT ASSIGNED JUDGE
WILLIAM K KENDALL

PARTIES
Plaintiff - STATE OF UTAH ATTORNEY GENERAL
Represented by: HEATHER WAITE-GROVER

Defendant - SHANE DARRELL PRICE
Represented by: JOSHUA LARSEN

DEFENDANT INFORMATION
Defendant Name: SHANE DARRELL PRICE
Date of Birth: December 28, 1988
Law Enforcement Agency: ATTORNEY GENERAL
LEA Case Number: AG 2023-600
Prosecuting Agency: ATTORNEY GENERAL
Violation Date: 08-14-2023

ACCOUNT SUMMARY

CASE NOTE

PROCEEDINGS
01-10-2025   Filed: INFORMATION/INDICTMENT
01-10-2025   Filed: SUMMONS - TO ISSUE (PROPOSED)
01-10-2025   Case filed by efiler
01-10-2025   Filed: From an Information
01-10-2025   Judge WILLIAM K KENDALL assigned.
01-10-2025   Filed: Return of Electronic Notification
01-13-2025   NOTICE for Case 251900352 ID 25129939
             Commissioner: TODD OLSEN

```
                In-person Appearance
                INITIAL APPEARANCE/SUMMONS is scheduled.
                    Date: 02/13/2025
                    Time: 08:30 a.m.
                    Location: FAC - S31
                    Before Commissioner: TODD OLSEN
                    THIRD DISTRICT COURT
                    450 SOUTH STATE STREET
                    SALT LAKE CITY, UT 84114-1860
                    UCJA Rule 4-401.02: court proceedings, including electronic
                    proceedings, may NOT be recorded, photographed, or
                    transmitted. Failure to comply with this prohibition may be
                    treated as contempt of court, punishable by fine and time
                    in jail.
01-13-2025      Cancelled: INITIAL APPEARANCE/SUMMONS scheduled on February 13,
                2025 at 08:30 AM in FAC - S31 with Commissioner TODD OLSEN
                Reason: Request of Counsel
01-13-2025      Issued: Summons Issued
                    Clerk ISABELLA CRISCIONE
01-13-2025      Filed: Notice for Case 251900352 FS Commissioner: TODD OLSEN
01-13-2025      Filed: Return of Electronic Notification
01-13-2025      Filed: Amended Information
01-13-2025      Filed: Return of Electronic Notification
01-14-2025      Filed: Return of Electronic Notification
01-17-2025      Filed: Appearance of Counsel/Notice of Limited Appearance
01-17-2025      Filed: Request for Discovery
01-17-2025      Filed: Return of Electronic Notification
01-23-2025      Filed: Certificate of Service of State s Mandatory Disclosures
01-23-2025      Filed: Return of Electronic Notification
01-23-2025      Filed: Motion (STIPULATED) FOR CONTINUANCE
                    Filed by: SHANE DARRELL PRICE
01-23-2025      Filed: Order (Proposed) FOR CONTINUANCE
01-23-2025      Filed: Return of Electronic Notification
01-24-2025      NOTICE for Case 251900352 ID 25158167
                    Commissioner: TODD OLSEN
                In-person Appearance
                INITIAL APPEARANCE/ATTY RESET.
                    Date: 03/28/2025
                    Time: 08:30 a.m.
                    Location: FAC - S31
                    Before Commissioner: TODD OLSEN
                    THIRD DISTRICT COURT
                    450 SOUTH STATE STREET
                    SALT LAKE CITY, UT 84114-1860
                    The reason for the change is Request of Counsel
                    UCJA Rule 4-401.02: court proceedings, including electronic
                    proceedings, may NOT be recorded, photographed, or
                    transmitted. Failure to comply with this prohibition may be
                    treated as contempt of court, punishable by fine and time
                    in jail.
01-24-2025      INITIAL APPEARANCE/ATTY RESET scheduled on March 28, 2025 at
                08:30 AM in FAC - S31 with Commissioner TODD OLSEN
01-24-2025      Filed: Notice for Case 251900352 FS Commissioner: TODD OLSEN
01-24-2025      Filed: Commissioner Order FOR CONTINUANCE
01-24-2025      Filed: Return of Electronic Notification
```

| Date | Entry |
|---|---|
| 01-24-2025 | Filed order: Order FOR CONTINUANCE<br>Judge PAUL B PARKER<br>Signed January 24, 2025 |
| 01-24-2025 | Filed: Return of Electronic Notification |
| 01-25-2025 | Filed: Return of Electronic Notification |
| 03-28-2025 | SCHEDULING CONFERENCE 1 scheduled on May 29, 2025 at 09:00 AM in West Jordan Room 37 with Judge WILLIAM K KENDALL |
| 03-28-2025 | Minute Entry - INITIAL APPEARANCE<br>Commissioner: OLSEN, TODD<br>PRESENT<br>   Clerk: melisaal<br>   Prosecutor: HEATHER WAITE-GROVER<br>   Defendant Present<br>   The defendant is not in custody<br>   Defendant's Attorney(s): JOSHUA LARSEN<br>   Audio<br>   Tape Number: S31 Tape Count: 835<br>INITIAL APPEARANCE<br>   A copy of the Information is given to the defendant.<br>   Defendant waives reading of Information.<br>HEARING<br>   To comply with BCI mandates, the State is requesting an order from the court ordering the State to provide any BCI protected material to the defense, including the defendant's criminal history (RAP sheet).<br>   Defendant was present with private counsel.<br>   Defendant has not been booked. Defendant was given the proper paperwork necessary for a Book & Release.<br>In-person Appearance<br>SCHEDULING CONFERENCE 1 is scheduled.<br>   Date: 05/29/2025<br>   Time: 09:00 a.m.<br>   Location: West Jordan Room 37<br>   Before Judge: WILLIAM K KENDALL<br>   8080 SOUTH REDWOOD ROAD<br>   SUITE 1701<br>   WEST JORDAN, UT 84088<br>CUSTODY<br>   The defendant is not in custody.<br>   UCJA Rule 4-401.02: court proceedings, including electronic proceedings, may NOT be recorded, photographed, or transmitted. Failure to comply with this prohibition may be treated as contempt of court, punishable by fine and time in jail. |
| 03-29-2025 | Filed: Return of Electronic Notification |