# Exhibit G

**Sarah Jenkins Dewey**

| | |
|---|---|
| **From:** | John Grunert <jgrunert@geclaw.com> |
| **Sent:** | Friday, April 11, 2025 12:59 PM |
| **To:** | Sarah Jenkins Dewey; Gregg Formella; Christina M. Jepson |
| **Cc:** | Blayke Lym; Jeff Bartos; Erik A. Christiansen |
| **Subject:** | Re: Request to Meet and Confer Regarding Plaintiffs' Discovery Responses |

**This Message Is From an External Sender**
This message came from outside your organization.

Report Suspicious

Sarah, yes that is correct, 4879-4979. -John

John Grunert
Guerrieri, Bartos & Roma, P.C.
1717 K Street, NW, Suite 900
Washington, DC  20006
Main: (202) 624-7400
Direct: (202) 787-5879
jgrunert@geclaw.com

*This e-mail may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system, including any attachments, without copying it and notify sender by reply e-mail, so that our records can be corrected.*

---

**From:** Sarah Jenkins Dewey <SDewey@parsonsbehle.com>
**Sent:** Friday, April 11, 2025 2:53 PM
**To:** John Grunert <jgrunert@geclaw.com>; Gregg Formella <gregg.formella@gmail.com>; Christina M. Jepson <CJepson@parsonsbehle.com>
**Cc:** Blayke Lym <BLym@parsonsbehle.com>; Jeff Bartos <jbartos@geclaw.com>; Erik A. Christiansen <EChristiansen@parsonsbehle.com>
**Subject:** Re: Request to Meet and Confer Regarding Plaintiffs' Discovery Responses

John,

Thank you for your email. I am confirming that you will remove the confidentiality designation from AFA04879 - 4979. If so, we do not need to have our meet and confer at 3:00 ET this afternoon.

Thank you,
Sarah

Get Outlook for Android



**Sarah Jenkins Dewey**
Attorney at Law
Direct +1 801.536.6982

1

**From:** John Grunert <jgrunert@geclaw.com>
**Sent:** Friday, April 11, 2025 12:40:28 PM
**To:** Gregg Formella <gregg.formella@gmail.com>; Sarah Jenkins Dewey <SDewey@parsonsbehle.com>
**Cc:** Blayke Lym <BLym@parsonsbehle.com>; Jeff Bartos <jbartos@geclaw.com>; Erik A. Christiansen <EChristiansen@parsonsbehle.com>
**Subject:** Re: Request to Meet and Confer Regarding Plaintiffs' Discovery Responses

Counsel,

I have reviewed and I can remove the Confidentiality labels to the pages at issue, without prejudice to any other pages Plaintiffs have marked privileged. I can upload a new set without the labels by Monday. I believe we can forego the meet and confer at 3:00 today, but I am available if there is still anything to discuss.

-John

John Grunert
Guerrieri, Bartos & Roma, P.C.
1717 K Street, NW, Suite 900
Washington, DC  20006
Main: (202) 624-7400
Direct: (202) 787-5879
jgrunert@geclaw.com

*This e-mail may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system, including any attachments, without copying it and notify sender by reply e-mail, so that our records can be corrected.*

---

**From:** Gregg Formella <gregg.formella@gmail.com>
**Sent:** Wednesday, April 9, 2025 5:29 PM
**To:** Sarah Jenkins Dewey <SDewey@parsonsbehle.com>
**Cc:** John Grunert <jgrunert@geclaw.com>; Blayke Lym <BLym@parsonsbehle.com>; rsyoung@spencerfane.com <rsyoung@spencerfane.com>; cdroubay@spencerfane.com <cdroubay@spencerfane.com>; Jeff Bartos <jbartos@geclaw.com>; Erik A. Christiansen <EChristiansen@parsonsbehle.com>
**Subject:** Re: Request to Meet and Confer Regarding Plaintiffs' Discovery Responses

That call time works for me as well.


*Gregg M. Formella, JD*
*PO Box 92141*
*Southlake, TX 76092*
*Mobile:  817-798-1010*
*Email:  Gregg.Formella@gmail.com*

2

On Wed, Apr 9, 2025 at 4:28 PM Sarah Jenkins Dewey <SDewey@parsonsbehle.com> wrote:

John,

Thank you for your email. Christina and I are available for a call at 3:00 p.m. ET (1:00 p.m. MT) on Friday, April 11.

I can circulate a Teams invite for the call. Should I include all of Plaintiffs' counsel on the invite?

Sarah



**Sarah Jenkins Dewey**
Attorney at Law
**Parsons Behle & Latimer**
201 South Main Street, Suite 1800  •  Salt Lake City, Utah 84111
Main +1 801.532.1234  •  Direct +1 801.536.6982

**parsonsbehle.com**  •  SDewey@parsonsbehle.com  •  vCard

---

**From:** John Grunert <jgrunert@geclaw.com>
**Sent:** Tuesday, April 8, 2025 3:00 PM
**To:** Blayke Lym <BLym@parsonsbehle.com>; rsyoung@spencerfane.com; cdroubay@spencerfane.com; Jeff Bartos <jbartos@geclaw.com>
**Cc:** Sarah Jenkins Dewey <SDewey@parsonsbehle.com>; Erik A. Christiansen <EChristiansen@parsonsbehle.com>; gregg.formella@gmail.com
**Subject:** Re: Request to Meet and Confer Regarding Plaintiffs' Discovery Responses

Counsel,

Would you be available for a call 3:00pm Eastern Friday April 11?

-John

---

**From:** Blayke Lym <BLym@parsonsbehle.com>
**Sent:** Monday, April 7, 2025 6:12 PM
**To:** rsyoung@spencerfane.com <rsyoung@spencerfane.com>; cdroubay@spencerfane.com <cdroubay@spencerfane.com>; Jeff Bartos <jbartos@geclaw.com>; John Grunert <jgrunert@geclaw.com>
**Cc:** Sarah Jenkins Dewey <SDewey@parsonsbehle.com>; Erik A. Christiansen <EChristiansen@parsonsbehle.com>; gregg.formella@gmail.com <gregg.formella@gmail.com>
**Subject:** Request to Meet and Confer Regarding Plaintiffs' Discovery Responses

Good afternoon, Counsel, I hope you are doing well today.

Please see the attached letter requesting to meet and confer regarding Plaintiff's Discovery Responses.

Best,



A Professional
Law Corporation

**Blayke Lym**
Legal Secretary
**Parsons Behle & Latimer**
201 South Main Street, Suite 1800  •  Salt Lake City, Utah 84111
Main +1 801.532.1234  •  Direct +1 801.536.6861

parsonsbehle.com   •   BLym@parsonsbehle.com   •   vCard

**CONFIDENTIALITY NOTICE:**  This electronic mail message and any attachment(s) are confidential and may also contain privileged attorney-client information or work product.  The message is intended only for the use of the addressee.  If you are not the intended recipient, or the person responsible to deliver it to the intended recipient, you may not use, distribute, or copy this communication.  If you have received the message in error, please immediately notify us by reply electronic mail or by telephone at +1 801.532.1234, and delete this original message.