Gregory M. Saylin (9648)
Jason D. Boren (7816)
Emily T. Howe (18294)
HOLLAND & HART LLP
222 South Main St., Suite 2200
Salt Lake City, UT 84101
(801) 799-5800
gmsaylin@hollandhart.com
ethowe@hollandhart.com

Douglas W. Hall (*Admitted Pro Hac Vice*)
Thomas R. Chiavetta (*Admitted Pro Hac Vice*)
JONES DAY
51 Louisiana Ave N.W.
Washington, DC 20001
(202) 879-3939
dwhall@jonesday.com
tchiavetta@jonesday.com
*Attorneys for SkyWest Airlines Inc.*

Patricia T. Stambelos (*Admitted Pro Hac Vice*)
STAMBELOS LAW OFFICE
543 Country Club Dr., Suite B209
Simi Valley, CA 93065
(805) 578-3474
patricia@patriciastambelos.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS, AFL-CIO; SHANE PRICE; TRESA GRANGE; and BRANDON FINLEY; <br><br> Plaintiffs, <br> v. <br><br> SKYWEST AIRLINES INC.; SKYWEST INFLIGHT ASSOCIATION; <br><br> Defendants. | **STIPULATED NOTICE OF WITHDRAWAL OF SHORT FORM DISCOVERY MOTION TO COMPEL ASSOCIATION OF FLIGHT ATTENDANTS-CWA TO PROPERLY LOG ATTORNEY CLIENT PRIVILEGED AND WORK PRODUCT DOCUMENTS, COMMUNICATIONS, AND INFORMATION (DKT. 102)** <br><br> Civil No. 2:23-cv-00723-DBB-DBP <br><br> Judge David Barlow <br> Magistrate Judge Dustin B. Pead |

Defendant SkyWest Airlines, Inc. ("SkyWest") and Plaintiff Association of Flight

Attendants, AFL-CIO ("AFA") stipulate to the withdrawal of SkyWest's Short Form Discovery

Motion to Compel AFA to Properly Log Attorney Client Privilege and Work Product

Documents, Communications, and Information (Dkt. 102).

AFA agrees to SkyWest's proposal for logging documents and information withheld as attorney client privileged or work product. Specifically, as to the attorney client privilege and work product doctrine, the privilege log will include all information, documents, or communications withheld as attorney client privileged or protected work product for the following persons and dates:

- Price and his attorney(s) prior to the later of, October 11, 2023 or engagement by Price;

- Grange and her attorney(s) prior to the later of, October 11, 2023 or engagement by Grange;

- Finley and his attorney(s) prior to the later of, October 11, 2023 or engagement by Finley;

- AFA and its attorney(s) prior to the later of, October 11, 2023 or engagement by AFA; and

- Price, Grange, and/or Finley and any AFA counsel, for any time frame, except for attorneys at Guerrieri, Bartos & Roma; Spencer Fane; and Bredhoff & Kaiser after October 11, 2023.

DATED this 23rd day of May, 2025.

HOLLAND & HART LLP

*/s/ Emily T. Howe*
Gregory M. Saylin
Jason D. Boren
Emily T. Howe

JONES DAY
Douglas W. Hall
Thomas R. Chiavetta

STAMBELOS LAW OFFICE
Patricia T. Stambelos

*Attorneys for SkyWest Airlines Inc.*

DATED this 23rd day of May, 2025.

GUERRIERI, BARTOS & ROMA, PC


*/s/ John J. Grunert*
*(Signed by filing attorney with the permission of John J. Grunert)*
John J. Grunert
Jeffrey A. Bartos

*Counsel for Plaintiffs*


35034236_v1