# EXHIBIT A

HEATHER WAITE GROVER (10991)
Assistant Attorney General
DEREK E. BROWN (10476)
Utah Attorney General
5272 S. College Dr., Suite 200
Murray, Utah 84123
Telephone: (801) 281-1200
E-mail: heathergrover@agutah.gov

*Attorney for Plaintiff*

<table>
<tr><td colspan="2" align="center"><strong>THIRD DISTRICT COURT<br>SALT LAKE COUNTY, STATE OF UTAH</strong></td></tr>
<tr><td><strong>STATE OF UTAH</strong>,<br><br>Plaintiff,<br><br>v.<br><br><strong>TRESA ANN GRANGE</strong><br><br>Defendant.</td><td><strong>STIPULATED MOTION TO DISMISS WITH PREJUDICE</strong><br><br><br><br>Case No.: 251900465<br><br>Judge: James Blanch</td></tr>
</table>

STATE OF UTAH, by and through Heather Waite Grover, Assistant Attorney General, moves to dismiss the charges filed in this case, with prejudice, because of insufficient evidence. Defendant, through her counsel, Nathan Crane, stipulates to this motion.

Dated: May 30, 2025

/s/ *Heather Waite Grover*
Heather Waite Grover
Assistant Attorney General

/s/ *Nathan Crane*
Nathan Crane
Attorney for Defendant
*Electronically signed with permission given via email on 5/30/2025*

HEATHER WAITE GROVER (10991)
Assistant Attorney General
DEREK E. BROWN (10476)
Utah Attorney General
5272 S. College Dr., Suite 200
Murray, Utah 84123
Telephone: (801) 281-1200
E-mail: heathergrover@agutah.gov

*Attorneys for Plaintiff*

|  |  |
|---|---|
| THIRD DISTRICT COURT SALT LAKE COUNTY, STATE OF UTAH | |
| STATE OF UTAH, Plaintiff, v. SHANE DARRELL PRICE Defendant. | MOTION TO DISMISS WITH PREJUDICE Case No.: 251900352 Judge: RANDALL SKANCHY |

STATE OF UTAH, by and through Heather Waite Grover, Assistant Attorney General,

moves to dismiss the charges filed in this case, with prejudice, because of insufficient evidence.

Dated: May 30, 2025

/s/ Heather Waite Grover
Heather Waite Grover
Assistant Attorney General

# EXHIBIT B

The Order of the Court is stated below:
Dated: May 30, 2025                    /s/   JAMES BLANCH
          03:53:29 PM                         District Court Judge

HEATHER WAITE GROVER (10991)
Assistant Attorney General
DEREK E. BROWN (10476)
Utah Attorney General
5272 S. College Dr., Suite 200
Murray, Utah 84123
Telephone: (801) 281-1200
E-mail: heathergrover@agutah.gov

*Attorney for Plaintiff*

<table>
<tr><td colspan="2" align="center">**THIRD DISTRICT COURT**<br>**SALT LAKE COUNTY, STATE OF UTAH**</td></tr>
<tr><td>**STATE OF UTAH**,<br><br>Plaintiff,<br><br>v.<br><br>**TRESA ANN GRANGE**<br><br>Defendant.</td><td>ORDER TO DISMISS WITH PREJUDICE<br><br><br><br>Case No.: 251900465<br><br>Judge: James Blanch</td></tr>
</table>

The Court, having reviewed the Stipulated Motion to Dismiss with Prejudice and for good cause appearing,

IT IS HEREBY ORDERED that this case is dismissed with prejudice.

***END OF DOCUMENT***
***EXECUTED AND ENTERED BY THE COURT AS INDICATED BY THE DATE AND SEAL AT THE TOP OF THE DOCUMENT***

The Order of the Court is stated below:
Dated: May 31, 2025                    /s/   RANDALL SKANCHY
       08:27:35 AM                     District Court Judge

HEATHER WAITE GROVER (10991)
Assistant Attorney General
DEREK E. BROWN (10476)
Utah Attorney General
5272 S. College Dr., Ste. 200
Murray, Utah 84123
Telephone: (801) 281-1200
E-mail: heathergrover@agutah.gov

*Attorneys for Plaintiff*

<table>
<tr><td colspan="2" align="center">THIRD DISTRICT COURT<br>SALT LAKE COUNTY, STATE OF UTAH</td></tr>
<tr><td>STATE OF UTAH,<br><br>Plaintiff,<br><br>v.<br><br>SHANE DARRELL PRICE<br><br>Defendant.</td><td>ORDER TO DISMISS WITH PREJUDICE<br><br><br><br><br><br>Case No.: 251900352<br><br>Judge: RANDALL SKANCHY</td></tr>
</table>

The Court, having reviewed the State's Motion to Dismiss and for good cause appearing.

IT IS HEREBY ORDERED that this case is dismissed with prejudice.


***END OF DOCUMENT***
***EXECUTED AND ENTERED BY THE COURT AS INDICATED BY THE DATE AND
SEAL AT THE TOP OF THE DOCUMENT***