Erik A. Christiansen, USB #7372
Christina M. Jepson, USB #7301
Sarah Jenkins Dewey, USB #15640
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801.532.1234
Facsimile:  801.536.6111
EChristiansen@parsonsbehle.com
CJepson@parsonsbehle.com
SDewey@parsonsbehle.com
ecf@parsonsbehle.com

Gregg M. Formella (pro hac vice)
**GREGG M. FORMELLA JD**
300 State St.
P.O. Box 92141
Southlake, TX 76092
gregg.formella@gmail.com

*Attorneys for Defendant SkyWest InFlight Association*

---

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

---

| | |
|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS, AFL-CIO; SHANE PRICE; TRESA GRANGE; and BRANDON FINLEY, <br><br> Plaintiff, <br><br> vs. <br><br> SKYWEST INC.; SKYWEST AIRLINES INC.; SKYWEST INFLIGHT ASSOCIATION, <br><br> Defendant. | **[PROPOSED] ORDER GRANTING SIA'S SHORT FORM DISCOVERY MOTION REGARDING PLAINTIFFS' WITHHOLDING OF DISCOVERY BASED ON ALLEGED "PROTECTED ACTIVITY" PRIVILEGE** <br><br> Case No. 2:23-cv-723-DBB-DBP <br><br> The Honorable David Barlow <br><br> Magistrate Judge Dustin B. Pead |

Before the Court is SkyWest InFlight Association's ("SIA") Short Form Discovery

Motion Regarding Plaintiffs' Withholding of Discovery Based on Alleged "Protected Activity"

4922-0867-2600.v1

Privilege (the "Motion"). ECF No. [___]. The Court has carefully reviewed SIA's Motion, Plaintiffs' opposition, and any oral argument, and finds that good cause supports SIA's Motion for the reasons stated in the Motion. Accordingly, the Court GRANTS the Motion and ORDERS that:

1. Plaintiffs produce all documents being withheld based on the "protected activity" privilege within seven (7) days of this Order's entry;

2. Plaintiffs supplement their responses to SIA's Interrogatory Nos. 9, 10, 12, 13, and 14 to include any and all information previously withheld based on the "protected activity" privilege within seven (7) days of this Order's entry.

IT IS SO ORDERED.

Signed this ___ day of July, 2025.

BY THE COURT:

_____

Dustin B. Pead
Chief United States Magistrate Judge

2

4922-0867-2600.v1