Erik A. Christiansen, USB #7372
Christina M. Jepson, USB #7301
Sarah Jenkins Dewey, USB #15640
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801.532.1234
Facsimile:  801.536.6111
EChristiansen@parsonsbehle.com
CJepson@parsonsbehle.com
SDewey@parsonsbehle.com
ecf@parsonsbehle.com

Gregg M. Formella (pro hac vice)
**GREGG M. FORMELLA JD**
300 State St.
P.O. Box 92141
Southlake, TX 76092
gregg.formella@gmail.com

*Attorneys for Defendant SkyWest InFlight Association*

---

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS, ALF-CIO; SHANE PRICE; TRESA GRANGE; and BRANDON FINLEY, <br><br> Plaintiffs, <br><br> v. <br><br> SKYWEST AIRLINES INC.; SKYWEST INFLIGHT ASSOCIATION, <br><br> Defendants. | **MOTION FOR LEAVE TO FILE DECLARATION IN SUPPORT OF SHORT-FORM DISCOVERY MOTION** <br><br> Case No. 2:23-cv-723-DBB-DBP <br><br> The Honorable David Barlow <br><br> Chief Magistrate Judge Dustin B. Pead |

4905-0248-7129.v3

SKYWEST INFLIGHT ASSOCIATION,

     Counterclaimant,

v.

ASSOCIATION OF FLIGHT ATTENDANTS, AFL-CIO; SHANE PRICE; TRESA GRANGE; JACQUE CROSSLEY; and GAILEN DAVID,

     Counterclaim Defendants.

### RELIEF SOUGHT AND GROUNDS THEREFOR

Defendant/Counterclaimant SkyWest InFlight Association ("SIA") respectfully requests the Court to accept the attached declaration in support of SIA's Short Form Discovery Motion Regarding Plaintiffs' Withholding of Discovery Based on Alleged "Protected Activity" Privilege (the "Short-Form Motion") addressing the limited issue of Plaintiffs' argument that SIA's Short-Form Motion is allegedly untimely.

Although DUCivR 37-1 does not provide for the submission of reply briefs or declarations as a matter of course, the Court should grant SIA leave to file a declaration setting forth additional relevant background regarding the parties' discussion and agreement concerning the deadline for raising this and other discovery disputes with the Court. Good cause supports this request, because Plaintiffs' Opposition does not include important facts regarding the parties' agreement regarding the relevant deadline, and it is in the interests of justice for the Court to have a complete factual record on which to make its decision. *See* Fed. R. Civ. P. 1; *see also Greenwood Expls., Ltd. v. Merit Gas & Oil Corp.*, 837 F.2d 423, 426 (10th Cir. 1988) ("[E]very effort should be made to try cases on their merits." (citation omitted)).

**ARGUMENT**

Plaintiffs' Opposition contends that SIA's Short-Form Motion is untimely. ECF No. 123 at 2. However, while Plaintiffs' Opposition recognizes the parties' initial agreement to extend this deadline until June 27, 2025, Plaintiffs' Opposition omits that the parties subsequently agreed that, due to ongoing discovery issues and discussions, the parties did not consider the clock to be running with respect to any party's right to raise ongoing discovery issues and that the deadline to file short-form discovery motions would not be raised by any party. *See* Declaration of Sarah Jenkins Dewey). SIA filed its Short-Form Motion in good faith based on its understanding of the parties' agreement on this issue. The Court should accept the attached declaration and consider it in connection with its evaluation of SIA's Short-Form Motion and Plaintiffs' Opposition. *See* Fed. R. Civ. P. 1; *see also Greenwood*, 837 F.2d at 426 ("[E]very effort should be made to try cases on their merits." (citation omitted)).

**CONCLUSION**

For the foregoing reasons, the Courts should grant this motion, accept the attached declaration, and consider it in ruling on SIA's Short-Form Motion. A proposed order accompanies this motion.

DATED August 4, 2025.

4905-0248-7129.v3

/s/ *Christina M. Jepson*

Erik A. Christiansen
Christina M. Jepson
Sarah Jenkins Dewey
PARSONS BEHLE & LATIMER

Gregg M. Formella (pro hac vice)
GREGG M. FORMELLA JD

*Attorneys for Defendant SkyWest InFlight Association*

4905-0248-7129.v3

## CERTIFICATE OF SERVICE

I certify that on August 4, 2025, I caused a true and correct copy of the foregoing Motion for Leave to File Declaration in Support of Short-Form Discovery Motion, and any attachments thereto, to be filed via the Court's CM/ECF system, which served all counsel of record appearing thereon.

/s/  *Christina M. Jepson*

4905-0248-7129.v3