Erik A. Christiansen, USB #7372
Christina M. Jepson, USB #7301
Sarah Jenkins Dewey, USB #15640
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801.532.1234
Facsimile:  801.536.6111
EChristiansen@parsonsbehle.com
CJepson@parsonsbehle.com
SDewey@parsonsbehle.com
ecf@parsonsbehle.com

Gregg M. Formella (pro hac vice)
**GREGG M. FORMELLA JD**
300 State St.
P.O. Box 92141
Southlake, TX 76092
gregg.formella@gmail.com

*Attorneys for SkyWest Inflight Association*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS, AFL-CIO; SHANE PRICE; TRESA GRANGE; and BRANDON FINLEY,<br><br>      Plaintiffs,<br><br>v.<br><br>SKYWEST INC.; SKYWEST AIRLINES INC.; SKYWEST INFLIGHT ASSOCIATION,<br><br>      Defendants. | **DECLARATION IN SUPPORT OF SHORT-FORM DISCOVERY MOTION**<br><br>Case No. 2:23-cv-723-DBB-DBP<br><br>The Honorable David Barlow<br><br>Chief Magistrate Judge Dustin B. Pead |

4911-9582-5498.v2

| SKYWEST INFLIGHT ASSOCIATION, | |
|---|---|
| Counterclaimant, | |
| v. | |
| ASSOCIATION OF FLIGHT ATTENDANTS, AFL-CIO; SHANE PRICE; TRESA GRANGE; JACQUE CROSSLEY; and GAILEN DAVID, | |
| Counterclaim Defendants. | |

I, Sarah Jenkins Dewey, declare as follows:

1.    I am an attorney of record for Defendant SkyWest InFlight Association in the above-captioned matter. As such, I have personal knowledge of the facts in this matter and am competent to testify to the matters set forth herein. I could and would testify to the truth of these facts if called to do so.

2.    Plaintiffs sent a meet-and-confer letter to SIA on April 17, 2025, regarding SIA's discovery responses.

3.    SIA sent its own-meet-and confer letter to Plaintiffs regarding the relevant discovery issue—and others—on April 23, 2025.

4.    The parties met by Teams to discuss the issues raised in their respective meet-and-confer letters on April 29, 2025.

5.    Following the Teams meeting, the parties engaged in ongoing meetings and exchanged emails in an effort to resolve the disputes on both sides.

2

6.    Initially, on behalf of SIA, I suggested in an email that the parties agree to an extension for either party to file short form discovery motions until June 27, 2025. John Grunert, on behalf of Plaintiffs, agreed to this extension.

7.    On a subsequent phone call on June 12, 2025, John Grunert, Emily Howe (counsel for SkyWest Inc. and SkyWest Airlines Inc.), and I agreed that, due to ongoing discovery issues and discussions, the parties did not consider the clock to be running with respect to any party's right to raise any discovery issues with the court and that the deadline to file short form discovery issues would not be raised by any party.  John Grunert and I had subsequent discussions in June and July 2025 where we reaffirmed our understanding that neither party would raise timeliness with respect to the discovery issues on either side.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on August 4, 2025 in Salt Lake County, Utah.

_/s/ Sarah Jenkins Dewey_
SARAH JENKINS DEWEY
**PARSONS BEHLE & LATIMER**

4911-9582-5498.v2