# EXHIBIT B

**Plaintiffs' Privilege and Redaction Log**

March 28, 2025

| # | AUTHOR(S) | RECIPIENT(S) | COPIED | DATE(S) | DOCUMENT TITLE/TYPE | PRIVILEGE/ REDACTION | BATES # |
|---|---|---|---|---|---|---|---|
| 1. | SIA Representatives | Tresa Grange | | 06/12/2018 | Personal Checks | Bank Account and Routing Numbers Redacted. | 000221 |
| 2. | Shane Price, Tresa Grange | Shane Price, Tresa Grange | | 08/11/2023 | Text Messages | Protected activity under Section 2, Third and Fourth of the Railway Labor Act ("RLA"). 45 U.S.C. 152, Third and Fourth. | 004895 |
| 3. | Shane Price | Tresa Grange | | 09/03/2023 | Text Messages | Unredacted copy will be produced. | 004898 |
| 4. | Shane Price, Tresa Grange | Shane Price, Tresa Grange | | 04/19/2023-04/20/2023 | WhatsApp Messages | Protected activity under Section 2, Third and Fourth of the Railway Labor Act ("RLA"). 45 U.S.C. 152, Third and Fourth. | 004899 |
| 5. | Shane Price, Tresa Grange | Shane Price, Tresa Grange | | 09/13/2023-09/14/2023 | WhatsApp Messages | Unredacted copy will be produced. | 004901 |
| 6. | Shane Price, Tresa Grange, Jacque Crossley | Shane Price, Tresa Grange, Jacque Crossley | | 07/22/2023 | Text Messages | Protected activity under Section 2, Third and Fourth of the Railway Labor Act ("RLA"). 45 U.S.C. 152, Third and Fourth; nonresponsive. | 004902 |
| 7. | Tresa Grange, Jacque Crossley | Shane Price, Tresa Grange, Jacque Crossley | | 08/16/2023 | Text Messages | Protected activity under Section 2, Third and Fourth of the Railway Labor Act ("RLA"). 45 U.S.C. 152, Third and Fourth. | 004916 |

| 8. | Tresa Grange | Shane Price, Tresa Grange, Brandon Finley, Jacque Crossley, Kelly Frieders, Gailen David | | 08/13/2023 | WhatsApp Messages | Protected activity under Section 2, Third and Fourth of the Railway Labor Act ("RLA"). 45 U.S.C. 152, Third and Fourth. | 004917 |
|---|---|---|---|---|---|---|---|
| 9. | Shane Price, Tresa Grange, Brandon Finley, Jacque Crossley, Kelly Frieders | Shane Price, Tresa Grange, Brandon Finley, Jacque Crossley, Kelly Frieders, Gailen David | | 08/17/2023 | WhatsApp Messages | Unredacted copy will be produced. | 004979 |
| 10. | Brandon Finley | John Grunert | | 11/20/2023 | Email | Attorney-Client Privilege. | 010927 |
| 11. | Tresa Grange | John Grunert | | 03/19/2025 | Email | Attorney-Client Privilege. | 010931 |

2