# EXHIBIT C

**From:** John Grunert <jgrunert@geclaw.com>
**Sent:** Monday, August 11, 2025 3:56 PM
**To:** Sarah Jenkins Dewey <SDewey@parsonsbehle.com>; Greg Formella (Gregg.Formella@gmail.com) <gregg.formella@gmail.com>; Christina M. Jepson <CJepson@parsonsbehle.com>; Emily T. Howe <ethowe@hollandhart.com>; Chiavetta, Thomas R. <tchiavetta@jonesday.com>; Hall, Douglas W. <dwhall@jonesday.com>; patricia@patriciastambelos.com; Erik A. Christiansen <EChristiansen@parsonsbehle.com>; Greg Saylin <gmsaylin@hollandhart.com>; Jason D. Boren <jdboren@hollandhart.com>; Zach T. Burford <ztburford@hollandhart.com>
**Cc:** Jeff Bartos <jbartos@geclaw.com>; Joshua Shiffrin <jshiffrin@bredhoff.com>; Grace Rybak <grybak@bredhoff.com>
**Subject:** Proposal for Protective Order

**This Message Is From an External Sender**
This message came from outside your organization.

Report Suspicious

Counsel,

In view of the Court's Order for full briefing (Dkt. 127), we would like to clarify the scope of material that Plaintiffs have redacted or withheld on the basis of confidentiality under the Railway Labor Act, as asserted in our Responses of March 13 and March 20, 2025. We believe this information should be protected from disclosure under Fed. R. Civ. P. 26(c)(1)(G).

Importantly, the scope of material being withheld pursuant to Plaintiffs' objections is narrower than suggested in SIA's Short Form Discovery Motion (Dkt. 118). As you are aware, since March 2025, Plaintiffs have made substantial further productions, AFA010933-012978, which include, for instance, communications among Plaintiffs, as requested in various forms in SIA's Requests for Production No. 1, 6, 13, 15, 19, and 20. Plaintiffs will update our written discovery responses shortly to reflect the subsequent production and the actual scope of information withheld based on objections.

Still, Plaintiffs view certain material as subject to protection under Fed R. Civ. P. 26(c)(1)(G) (besides being objectionable as not relevant and on the other grounds asserted), and we therefore intend to file a motion for a protective order covering the following topics:

- The names and personal identifying information of SkyWest Flight Attendants who have non-publicly supported or contacted the AFA.
- AFA authorization cards, and related information as to the collection of cards, signatories of cards, and the total number of cards.
- AFA financial information outside the scope of the AFA's LM Reports or financial support for the Plaintiffs.

To be clear – Plaintiffs do not consider as within the scope of the foregoing topics any documents or information relating to Price's discovery of the SIA website folders, Price's Video, SIA membership

1

information obtained from the SIA website folders, SIA's August 2023 election, or Price and Grange's terminations, and are not withholding any documents or information relating to same.

As to the privilege log, an updated version of the March 28, 2025 log is being produced herewith. Plaintiffs have reevaluated the entries on that log, and unredacted versions of documents that were previously produced have been or are being produced. We intend to share a fully updated privilege log, to reflect our most recent productions, soon.

In view of the above, please let us know your position on a protective order covering the topics listed. I am available to meet and confer further if necessary.

The foregoing is an attempt to clarify the scope of Plaintiffs' objections and Plaintiffs do not waive or withdraw any objections previously asserted. Finally, while we believe there is an issue as to the timeliness of SIA's discovery motion, and perhaps a misunderstanding by SIA, we prefer to address this issue on the merits.

Regards, -John

John Grunert
Guerrieri, Bartos & Roma, P.C.
1717 K Street, NW, Suite 900
Washington, DC  20006
Main: (202) 624-7400
Direct: (202) 787-5879
jgrunert@geclaw.com

*This e-mail may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system, including any attachments, without copying it and notify sender by reply e-mail, so that our records can be corrected.*