# EXHIBIT F

# AFA Authorization Card

**Fill out and mail to:**
Association of Flight Attendants-CWA, AFL-CIO
501 Third Street, NW
Washington, DC 20001-2797
Attn: International Vice President
10th Floor/AFA

***Please print legibly. Thank you.***

---

**Yes!** *I want to join forces with tens of thousands of other Flight Attendants for positive change in our industry. I want the Association of Flight Attendants-CWA to represent me and the other Flight Attendants at my airline.*

_____
Print Full Name

_____
Address

_____
City                          State                          Zip

_____        _____   ☐ Yes  ☐ No
Home Phone                   Cell Phone                   Ok to text/SMS?

_____        _____
E-Mail Address *(Non-work)*                     Airline

_____        _____
Employee #                                      Base/Domicile

_____        _____
Signature *(Required)*                          Date *(Required)*

☐ *By checking this box, I indicate that I want you to use my name as a public supporter of AFA-CWA.*

☐ *I know it takes all of us to build a strong union. I want to help talk to my co-workers about AFA-CWA.*