# EXHIBIT A

SCOTT YOUNG (10695)
CHRISTOPHER W. DROUBAY (12078)
Spencer Fane LLP
10 Exchange Place, 11th Floor
Salt Lake City, Utah 84111
Telephone: (801) 521-9000
rsyoung@spencerfane.com
cdroubay@spencerfane.com

JOSHUA SHIFFRIN, *pro hac vice*
GRACE RYBAK, *pro hac vice*
Bredhoff & Kaiser P.L.L.C.
805 15th Street NW, Suite 1000
Washington, D.C. 20005
Telephone: (202) 842-2600
jshiffrin@bredhoff.com
grybak@bredhoff.com

JEFFREY A. BARTOS, *pro hac vice*
JOHN J. GRUNERT, *pro hac vice*
Guerrieri, Bartos & Roma, P.C.
1717 K Street, NW, Suite 900
Washington, DC 20006
Telephone: (202) 624-7400
jbartos@geclaw.com
jgrunert@geclaw.com

*Counsel for Association of Flight Attendants-CWA AFL-CIO, Shane Price, Tresa Grange, Brandon Finley, Jacque Crossley, and Gailen David*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

|  |  |  |
|---|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS-CWA AFL-CIO, *et al.*, | ) ) ) | **DECLARATION OF GAILEN DAVID** |
| Plaintiffs/Counterclaim Defendants, | ) ) | |
| v. | ) ) | Case No.2:23-cv-00723-DBB-DBP |
| SKYWEST AIRLINES, INC., *et al.*, | ) ) | Judge David Barlow Magistrate Judge Dustin B. Pead |
| Defendants/Counterclaim Plaintiffs. | ) ) ) | |

I, Gailen David, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am an adult citizen of the State of Florida and I make this declaration based on my personal knowledge.

2.      In January 2024, I was hired by the Association of Flight Attendants-CWA, AFL-CIO ("AFA") as Mobilization Coordinator and Campaign Representative. From August 2021 until January 2024, I served as a Consultant for the AFA. Formerly, I was employed as a Flight

Attendant at a major commercial carriers for 24 years until 2012. Since 2012, I have worked as a labor activist and advocate for employees in the airline industry. I am based in Miami, Florida.

3.      In January 2022, I was assigned to AFA's organizing campaign at SkyWest Airlines for the first time. The current campaign at AFA initiated in about June 2020, when several SkyWest Flight Attendants contacted the AFA with interest in seeking representation. My duties as assigned to the AFA campaign at SkyWest have included speaking directly to SkyWest Flight Attendants, drafting public communications, listening to Flight Attendants regarding the employment issues important to them, and answering their questions about union representation.

4.      Since about January 2022, a core group of SkyWest Flight Attendants, or "Base Advocates", have publicly expressed their support for the AFA campaign, including by submitting their names and stories for publication on "It's Time! SkyWest Flight Attendants for AFA-CWA" (www.ooitstime.com), a public website, for which I am the administrator. Aside from this core group of AFA Base Advocates, the vast majority of SkyWest Flight Attendants have chosen not to make public their position on representation.

5.      The open goal of the campaign has been to solicit union authorization cards for the AFA from the SkyWest Flight Attendants and to then submit a "showing of interest" to the National Mediation Board ("NMB") to trigger a secret ballot election for representation. SkyWest Flight Attendants may request an authorization by contacting a Base Advocate, through the "www.ooitstime.com" website, or by contacting the AFA.[1] The AFA instructs the Base Advocates and other Flight Attendants to only solicit authorization cards on non-working time in non-working areas, and outside the presence of SkyWest supervisors or SIA representatives.

---

[1] The NMB does not provide a specific official format for authorization cards. The AFA has provided authorization cards of various formats to SkyWest Flight Attendants, but will accept any documentation which reasonably demonstrates the signatory's intention.

6.      The AFA campaign faces the challenges of identifying and locating SkyWest Flight Attendants during non-working time in non-working areas, making contact with the Flight Attendant in a context where there is a reasonable expectation of privacy so both sides may speak freely (such as outside the presence of SkyWest supervisors or SIA representatives), and then obtaining a signed authorization card if the Flight Attendant wishes to submit one. The campaign's goal of obtaining sufficient cards is a moving target, as new Flight Attendants are hired, Flight Attendants retire or leave SkyWest, and signed cards expire after 12 months.

7.      The AFA treats the identities of non-public AFA supporters, authorization cards (including the signatories and number of cards collected), and financial information outside the scope of the AFA's federally-filed financial reports (and those of its subsidiaries) as confidential. Signed authorization cards returned to the AFA are stored in a locked cabinet in the AFA headquarters in Washington, D.C. and access is permitted to only the small number of AFA Officers and staff who have a business purpose for such access. The identities of non-public AFA supporters (or information which could reasonably reveal their identities) and AFA's internal financial information are treated with similar levels of confidentiality.

8.      The AFA's instructions to SkyWest Flight Attendants accompanying the authorization card for the SkyWest campaign state: "Your Union authorization card for The Association of Flight Attendants - CWA (AFA) is strictly confidential. Management NEVER sees it." Ex. B hereto. Likewise, the Privacy Policy on the "www.ooitstime.com" website (as produced in Plaintiffs' Document Production at AFA010758-010759) provides:

> Privacy Policy - We are committed to safeguarding your privacy and protecting your personal information. Information you share with the SkyWest AFA campaign is used exclusively for communication regarding the SkyWest AFA campaign and Association of Flight Attendants- CWA activities. Your information is not shared, sold, or distributed to any external parties or organizations, ensuring that your privacy and security remain protected at all times. AFA adheres to strict

3

confidentiality standards to prevent unauthorized access or disclosure. Information collected is solely for campaign updates, organizing efforts, and related AFA-CWA communications.

The same and similar expectations of privacy are conveyed to SkyWest Flight Attendants in oral conversations.

9.      The AFA has also used a general authorization card, not directed at SkyWest Flight Attendants in particular, which includes a provision stating that: "By checking this box, I indicate that I want you to use my name as a public supporter of AFA-CWA." If an individual checks such box, the AFA may attempt to follow up with the card signer to determine if there is a way in which such person can become involved in the campaign. The AFA does not use the name or information of any individual, or take any action, based solely on the fact that he or she checked the box. The AFA follows up with such individuals for confirmation of their willingness to be involved and to frame the scope of such involvement or publicity, if any, before further action.

10.      Disclosure of the above information to SkyWest and SIA substantially interfere with the AFA's organizing campaign (including bringing harm to Plaintiff employees, other public supporters, and non-public supporters) in several ways: by giving SkyWest and SIA a preview as to the timing of any showing of interest which they would not be entitled to under the NMB process; by assisting SkyWest and SIA in identifying pro-AFA, pro-SIA, and undecided Flight Attendants for unwarranted surveillance or targeted messaging; by empowering SkyWest and SIA to suggest to employees that they will face negative consequences for associating with the AFA (*e.g.* by issuing poor evaluations, less favorable duties, or more severe discipline compared to non-supporters); and by enabling SkyWest or SIA to issue pretextual discipline or terminations to AFA supporters. Newly hired Flight Attendants still on probation are especially

vulnerable as they have fewer rights than other Flight Attendants and the denial of completion of their probation based on an unlawful motive could be difficult to prove.

11.     Additionally, the credibility of the AFA and its public and non-public supporters will be harmed in the view of SkyWest Flight Attendants. Many Flight Attendants have spoken to the AFA, signed authorization cards, or engaged in other activity to support the AFA campaign with an expectation of privacy. Any trust that the AFA has cultivated with the Flight Attendants could be lost if the employees learn that information they share with the AFA in confidence can be turned over to SkyWest and SIA. The loss of trust will likely cause Flight Attendants to decrease or cease communicating with the AFA, or with each other about organizing, and the damage will not be easily repaired, if ever.

EXECUTED on August 22, 2025 in Miami, Florida .

/s/

Gailen David