# EXHIBIT B

# NOW IS THE TIME TO BUILD A STRONG VOICE IN OUR WORKPLACE

## WHAT DOES IT MEAN TO SIGN A UNION AUTHORIZATION CARD?

- Your Union authorization card for The Association of Flight Attendants - CWA (AFA) is strictly confidential. Management NEVER sees it.
- Uniting with fellow SkyWest Flight Attendants provides a stronger voice at SkyWest and within our industry.
- Achieving a strong voice in our workplace and the protections we need begins with signing an authorization card.
- By signing this card, you are telling the National Mediation Board (NMB) that we want an election in which all SkyWest Flight Attendants will be entitled to vote in support of a Union.
- Once at least 50% of our eligible crew sign authorization cards, they'll be submitted to the NMB. After the cards have been authenticated, the NMB will set election dates. This is when you'll have the opportunity to vote for our own SkyWest-AFA Union!

 

### SkyWest Flight Attendants Representing SkyWest Flight Attendants.

- We will choose our SkyWest AFA representatives who will answer to us, not management.
- SkyWest Flight Attendants will determine the priorities of our Initial Contract negotiation.
- We pay ZERO DUES until we approve our first contract that provides the desired improvements.

---

**YES!** I want to join forces with tens of thousands of other Flight Attendants for positive change in our industry. I want the Association of Flight Attendants-CWA to represent me and the other Flight Attendants at my airline.  <u>PLEASE PRINT CLEARLY</u>  ☐ **I'd like to get involved in our campaign!**

Print Full Name
_____

Address
_____

City _____  State _____  Zip _____

☐ YES  ☐ NO
OK to text/sms?

Home Phone _____  Mobile Phone _____

Email Address (non-work) to receive confirmation _____  Airline _____

Employee # _____  Base/Domicile _____

**Signature (Required)** _____  **Today's Date (Required)** _____

# IT'S TIME!

## LOUD. PROUD. POSITIVE.

### It's time for real representation at SkyWest that answers to Flight Attendants, not management.




- **First-Party Representation.** Our Union will be 100 % run by SkyWest Flight Attendants for SkyWest Flight Attendants with the complete resources of the Association of Flight Attendants-CWA.
- **Leadership Chosen By Us. We choose officers** from within our ranks. Leaders answer to us, not management.
- **Enforceable Contract.** We lock in what we like about flying at SkyWest and improve what we don't.
- **Job Protections. Dispute Resolution.** If the company violates our rights, we'll be able to challenge them and resolve issues through a legally mandated grievance process.

**The law allows us to form our Union.**
We may speak with our coworkers about forming our Union in non-work areas. Visit our grassroots website, **ooitstime.com** for more information.

Request info, cards and get involved, **scan QR** or **visit ooitstime.com**

**SkyWest Flight Attendants deserve a true voice in our workplace.**

### SkyWest Flight Attendants Representing SkyWest Flight Attendants.

- We will choose our SkyWest AFA representatives who will answer to us, not management.
- SkyWest Flight Attendants will determine the priorities of our Initial Contract negotiation.
- We pay ZERO DUES until we approve our first contract that provides the desired improvements.





NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL  PERMIT NO. 10841  WASHINGTON, DC

POSTAGE WILL BE PAID BY ADDRESSEE

Association of Flight Attendants-CWA
Attn: AFA-SkyWest
501 Third Street, NW
Washington, DC 20001-2797