Erik A. Christiansen, USB #7372
Christina M. Jepson, USB #7301
Sarah Jenkins Dewey, USB #15640
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801.532.1234
Facsimile:  801.536.6111
EChristiansen@parsonsbehle.com
CJepson@parsonsbehle.com
SDewey@parsonsbehle.com
ecf@parsonsbehle.com

Gregg M. Formella (pro hac vice)
**GREGG M. FORMELLA JD**
300 State St.
P.O. Box 92141
Southlake, TX 76092
gregg.formella@gmail.com

*Attorneys for SkyWest InFlight Association*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS, ALF-CIO; SHANE PRICE; TRESA GRANGE; and BRANDON FINLEY,<br><br>        Plaintiffs,<br><br>v.<br><br>SKYWEST AIRLINES INC.; SKYWEST INFLIGHT ASSOCIATION,<br><br>        Defendants. | **MOTION FOR EXTENSION OF TIME**<br><br>Case No. 2:23-cv-723-DBB-DBP<br><br>The Honorable David Barlow<br><br>Chief Magistrate Judge Dustin B. Pead |

4913-9676-7335.v2

| | |
|---|---|
| SKYWEST INFLIGHT ASSOCIATION,<br><br>    Counterclaimant,<br><br>v.<br><br>ASSOCIATION OF FLIGHT ATTENDANTS, AFL-CIO; SHANE PRICE; TRESA GRANGE; JACQUE CROSSLEY; and GAILEN DAVID,<br><br>    Counterclaim Defendants. | |

## RELIEF SOUGHT AND GROUNDS THEREFOR

SkyWest InFlight Association ("SIA") moves under Federal Rule of Civil Procedure 6 for an extension of time to file its opposition to the Motion to Dismiss Certain Counterclaims and Memorandum in Support filed by the Association of Flight Attendants, AFL-CIO, Shane Price, Tresa Grange, Jacque Crossley, and Gailen David ("Counterclaim Defendnats") (the "Motion to Dismiss"). *See* ECF No. 129. SIA seeks an extension of time from September 11, 2025, until October 3, 2025. Good cause supports this request. Additional time is required because counsel for SIA has been occupied with other obligations and court deadlines. SIA has contacted counsel for the Counterclaim Defendants about the requested extension. Counterclaim Defendants do not oppose the requested extension. Finally, the current deadline of September 11, 2025, has not yet expired. A proposed order accompanies this motion.

4913-9676-7335.v2

## CONCLUSION

For the foregoing reasons, the Court should grant this motion and extend the deadline for SIA to file its opposition to Counterclaim Defendants' Motion to Dismiss through and including October 3, 2025.

DATED September 10, 2025.

/s/ Christina M. Jepson
Erik A. Christiansen
Christina M. Jepson
Sarah Jenkins Dewey
PARSONS BEHLE & LATIMER

Gregg M. Formella
GREGG M. FORMELLA JD

*Attorneys for SkyWest InFlight Association*

/s/ John Grunert
John Grunert (permission to sign via email)
Guerrieri, Bartos & Roma, P.C.
*Attorneys for Plaintiffs*

4913-9676-7335.v2

## CERTIFICATE OF SERVICE

I certify that on September 10, 2025, I caused a true and correct copy of the foregoing Stipulated Motion for Extension of Time to be filed using the Court's CM/ECF system, which provided service to all counsel of record appearing thereon.

/s/   Sarah Jenkins Dewey

4913-9676-7335.v2