Messages - Tresa Grange



9/13/2023 3:10:40 PM

I'll call you back.

Ok

In an appt for about an hour

9/15/2023 4:40:04 PM

Have you started your appeal? We need to coordinate dates times if we use any in our review board

AFA011009

Messages - Tresa Grange & Jacque



Tresa Grange

Yep

Tresa Grange

This is a good point to bring up. That list is manually updated if I'm not mistaken..

Jacque

How/who to bring up?

Tresa Grange

I'll make sure Debbie knows this. She can use it when they try to blame others..

Jacque

Loved "I'll make sure Debbie knows this. She can use it w…"

11/1/2023 6:39:51 AM

11/1/2023 8:36:48 AM

AFA011035

Messages - Tresa Grange & Jacque



AFA011036

Messages - Tresa Grange & Jacque

12/17/2023 8:01:08 PM



AFA011037

Messages - Tresa Grange & Jacque



AFA011038

WhatsApp - Tresa Grange

1/20/2024



Yes, let's do Monday!
5:09:19 PM

You choose time..
Do you like Market Street Grill?
5:10:13 PM

Let's do the same time as we were going to do before 8:30 or 9:00 and you just text me when you are on your way and I'll meet you there.
5:11:23 PM

AFA011153