# Constitution and Bylaws

## Amended April 5, 2025



Association of Flight Attendants-CWA, AFL-CIO

**ARTICLE X**

**HEARING AND APPEAL PROCEDURES**

A.  **Hearing of Membership Cases**

1.  Any member, regardless of membership status, may be fined, suspended, expelled or otherwise disciplined for any of the following acts:

   a.  Willful violation of this Constitution and Bylaws.

   b.  Making a false statement or withholding material information when applying for membership.

   c.  Disobeying or failing to comply with a decision of the Board of Directors, the Executive Board, that member's Master Executive Council or Local Council.

   d.  Misappropriating money or property of the Union.

   e.  Performing work for or assisting an airline during a period when the members of this Union are on strike against such airline, or when the members are respecting the picket lines of another Union on strike against the airline.

   f.  Entering into an employment agreement, or any contract which might injure the Union.

   g.  Improperly disclosing confidential matter of the Union.

   h.  Refusing or willfully neglecting to pay dues, initiation fee, assessments, fines or financial obligations to the Union.

   i.  Acting in any manner to circumvent, defeat or interfere with collective bargaining between the Union and an employer or with existing collective bargaining agreements.

   j.  Willfully supporting or assisting any other labor organization in connection with a claim of jurisdiction in conflict with the jurisdiction of the Union; or willfully supporting or assisting any person, group of persons or organization in any act or activities for the purpose of seeking or obtaining the replacement of the Union as the collective bargaining representative.

   k.  Doing any act contrary to the best interests of the Union or its members.

   l.  Failing to give timely notice of transfer to Management Status under Article II.C.4.

   m. Acting in any manner disloyal to the Union.

2.  A charge or charges may be preferred against any member, regardless of membership status, within the Union by resolution of: Local Councils, Local Executive Councils, or Master Executive Councils; or by Local Council Presidents, Master Executive Council Presidents, or International Officers of the Union, except as provided in Paragraph 3. below.

3.  The International Officers of the Union may not be charged under the provisions and procedures set forth in this Article for acts of omission or commission as a result of their duties in their offices but shall be subject to the provisions of Article IX.

B.  **Grievance Procedure**

Any member or group of members on an airline having a dispute with the Union concerning interpretation of the Constitution and Bylaws or interpretation of policies, adopted by the Board of Directors, as outlined in Section A.I. of this Article, has the same right of hearing before the Hearing Board and the same privileges as to appeal before the Appeal Board as is accorded under this Article.

C.  **Status of an Accused Member**

1.  Status of an accused member in good standing may not be changed until all actions, hearings and appeals set forth in Section D. and F. of this Article have been completed and final adjudication provided, or the time limit for any appeal has expired.  A member in such cases shall be afforded full protection and services of the Union,

49