**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

|  |  |  |
|---|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS-CWA AFL-CIO; SHANE PRICE; TRESA GRANGE; and BRANDON FINLEY; <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> SKYWEST AIRLINES, INC.; and SKYWEST INFLIGHT ASSOCIATION, <br><br> Defendants/Counterclaim Plaintiffs. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:23-cv-00723-DBB-DBP <br><br> Judge: David Barlow <br> Magistrate Judge: Dustin B. Pead |

**PLAINTIFFS' SUPPLEMENTAL RESPONSES AND OBJECTIONS TO
DEFENDANT SKYWEST AIRLINES' FIRST SET OF INTERROGATORIES**

Pursuant to Rule 33 of the Federal Rules of Civil Procedure and the Parties' meet and confer agreement, the Association of Flight Attendants-CWA, AFL-CIO ("AFA"), Shane Price, Tresa Grange, and Brandon Finley, collectively "Plaintiffs", hereby provide the following Supplemental Responses and Objections to SkyWest Airlines, Inc.'s ("SkyWest") First Set of Interrogatories, dated September 24, 2024.

**ANSWERS AND OBJECTIONS TO INTERROGATORIES**

**INTERROGATORY NO. 1:** Identify each and every one of the "former SIA insiders" referenced in Paragraph 30 of the Amended Complaint.

> **RESPONSE:** Plaintiffs object to the scope of information included in the definition of "Identify" in this respect as overly broad, unduly burdensome, and disproportionate to the needs of the case. Notwithstanding the foregoing objection, the persons referenced in Amended Complaint Paragraph 30 are Tresa Grange and Romero Malone. Upon information and belief, Mr. Malone's telephone number is 901-338-4156 and his address is 3683 Skylark Dr., Memphis, TN 38109.



termination, Mr. Grange has worked as a Flight Attendant for Cirrus Aviation from about January 2025 until March 2025. Pursuant to Fed. R. Civ. P. 33(d), Ms. Grange will supplement her answer to Interrogatory No. 6 by specifying records from Plaintiffs' document production. See AFA 008142-008155.

**INTERROGATORY NO. 7:** Identify all individuals to whom you sent or showed Price's Video and all websites or social media sites on which you posted Price's Video.

**RESPONSE FOR SHANE PRICE:** Mr. Price objects to the scope of information included in the definition of "Identify" in this respect as overly broad, unduly burdensome, and disproportionate to the needs of the case. Mr. Price objects on the ground that the Request seeks information covered by the attorney client privilege or work product doctrine. Mr. Price sent the video to Ms. Grange, to Flight Attendants Brandon Finley, Jacque Crossley, Kelly Frieders, Sam Hensley, and also to AFA Organizers Gailen David and Steve Ekerberg. Mr. Price did not post the video on any website or social media site. Upon information and belief, Ms. Crossley, Ms. Frieders, and Mr. Hensley are SkyWest Flight Attendants and thus their contact information is likely more readily available to Defendants SkyWest and SIA than Plaintiffs. Mr. David and Mr. Ekerberg are AFA employees and may be contacted through Plaintiffs' Counsel.

**RESPONSE FOR TRESA GRANGE:** Ms. Grange objects to the scope of information included in the definition of "Identify" in this respect as overly broad, unduly burdensome, and disproportionate to the needs of the case. Ms. Grange objects on the ground that the Request seeks information covered by the attorney client privilege or work product doctrine. Notwithstanding the foregoing objections, Ms. Grange sent the video to SIA Board Member Debbie Burt and to SkyWest supervisor Jenny Nicolay. Ms. Grange posted the video on the SIA Facebook Group page and on the SkyWest 2.0 Facebook Group page.

AS TO ANSWERS to Interrogatories directed at Plaintiff AFA,

I hereby declare under penalty of perjury that the foregoing answers are true and correct.

DATED:  March 20, 2025                  /s/ *John H. Morse III*
                                        John H. Morse III, Esq.
                                        Associate General Counsel
                                        Association of Flight Attendants-CWA
                                        Electronic signature added by permission of John H. Morse III, Esq.

4

AS TO ANSWERS to Interrogatories directed at Plaintiff Shane Price,

I hereby declare under penalty of perjury that the foregoing answers are true and correct.

DATED: March 20, 2025                    /s/ *Shane Price*
                                         Shane Price
                                         Electronic signature added by permission of Shane Price.

AS TO ANSWERS to Interrogatories directed at Plaintiff Tresa Grange,

I hereby declare under penalty of perjury that the foregoing answers are true and correct.

DATED:  March 20, 2025                   /s/ *Tresa Grange*
                                         Tresa Grange
                                         Electronic signature added by permission of Tresa Grange.

AS TO ANSWERS to Interrogatories directed at Plaintiff Brandon Finley,

I hereby declare under penalty of perjury that the foregoing answers are true and correct.

DATED: March 20, 2025                    /s/ *Brandon Finley*
                                         Brandon Finley
                                         Electronic signature added by permission of Brandon Finley

AS TO OBJECTIONS,

DATED: March 20, 2025                    /s/ *John J. Grunert*
                                         JEFFREY A. BARTOS, *pro hac vice*
                                         JOHN J. GRUNERT, *pro hac vice*
                                         Guerrieri, Bartos & Roma, P.C.
                                         1717 K Street, NW, Suite 900
                                         Washington, DC 20006
                                         Telephone: (202) 624-7400
                                         Email: jbartos@geclaw.com
                                         Email: jgrunert@geclaw.com

5