Gregory M. Saylin (9648)
Emily T. Howe (18294)
HOLLAND & HART LLP
222 South Main St., Suite 2200
Salt Lake City, UT 84101
(801) 799-5800
gmsaylin@hollandhart.com
ethowe@hollandhart.com

Douglas W. Hall (*Admitted Pro Hac Vice*)
Thomas R. Chiavetta (*Admitted Pro Hac Vice*)
JONES DAY
51 Louisiana Ave N.W.
Washington, DC 20001
(202) 879-3939
dwhall@jonesday.com
tchiavetta@jonesday.com
*Attorneys for SkyWest Airlines Inc.*

Patricia T. Stambelos (*Admitted Pro Hac Vice*)
STAMBELOS LAW OFFICE
543 Country Club Dr., Suite B209
Simi Valley, CA 93065
(805) 578-3474
patricia@patriciastambelos.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS, AFL-CIO; SHANE PRICE; TRESA GRANGE; and BRANDON FINLEY;<br><br>    Plaintiffs,<br>v.<br><br>SKYWEST AIRLINES INC.; SKYWEST INFLIGHT ASSOCIATION;<br><br>    Defendants. | **ORDER GRANTING SHORT FORM DISCOVERY MOTION TO COMPEL TRESA GRANGE TO FULLY RESPOND TO INTERROGATORY NO. 7**<br><br>Civil No. 2:23-cv-00723-DBB-DBP<br><br>Judge David Barlow<br>Magistrate Judge Dustin B. Pead |

Before the Court is SkyWest Airlines Inc.'s Short Form Discovery Motion to Compel Tresa Grange to Fully Respond to Interrogatory No. 7 ("Motion") and Plaintiffs' response thereto. For good cause appearing, the Court GRANTS the Motion and ORDERS as follows, to occur within ten calendar days of this Order:

(1)     Tresa Grange shall provide to Defendants the names of all members of the SkyWest 2.0 Facebook Group; and

(2)     Tresa Grange shall provide to Defendants the names of all members of the SIA Facebook Group that are within her knowledge, or otherwise within her possession, custody or control.

IT IS SO ORDERED.

DATED this _____ day of April, 2026.

BY THE COURT:

_____
Dustin B. Pead
United States Magistrate Judge

37638624

2