Gregory M. Saylin (9648)
Emily T. Howe (18294)
HOLLAND & HART LLP
222 South Main St., Suite 2200
Salt Lake City, UT 84101
(801) 799-5800
gmsaylin@hollandhart.com
ethowe@hollandhart.com

Patricia T. Stambelos (*Admitted Pro Hac Vice*)
STAMBELOS LAW OFFICE
543 Country Club Dr., Suite B209
Simi Valley, CA 93065
(805) 578-3474
patricia@patriciastambelos.com

Douglas W. Hall (*Admitted Pro Hac Vice*)
Thomas R. Chiavetta (*Admitted Pro Hac Vice*)
JONES DAY
51 Louisiana Ave N.W.
Washington, DC 20001
(202) 879-3939
dwhall@jonesday.com
tchiavetta@jonesday.com
*Attorneys for SkyWest Airlines Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS, AFL-CIO; SHANE PRICE; TRESA GRANGE; and BRANDON FINLEY;<br><br>      Plaintiffs,<br>v.<br><br>SKYWEST AIRLINES INC.; SKYWEST INFLIGHT ASSOCIATION;<br><br>      Defendants. | **ORDER GRANTING SHORT FORM DISCOVERY MOTION TO COMPEL PLAINTIFFS TO COMPLY WITH THE COURT'S PROTECTIVE ORDER (DKT. 157) AND TO REMOVE IMPROPER REDACTIONS**<br><br>Civil No. 2:23-cv-00723-DBB-DBP<br><br>Judge David Barlow<br>Magistrate Judge Dustin B. Pead |

Before the Court is SkyWest Airlines Inc.'s Short Form Discovery Motion to Compel Plaintiffs to Comply with the Court's Protective Order (Dkt. 157) and to Remove Improper Redactions ("Motion") and Plaintiffs' response thereto. For good cause appearing, the Court

GRANTS the Motion and ORDERS that within ten calendar days of this Order Plaintiffs shall reproduce the effected documents, maintaining the same bates numbers.

DATED this ____ day of April, 2026.

BY THE COURT:

_____
Dustin B. Pead
United States Magistrate Judge

37640334