Erik A. Christiansen, USB #7372
Christina M. Jepson, USB #7301
Sarah Jenkins Dewey, USB #15640
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801.532.1234
Facsimile:  801.536.6111
EChristiansen@parsonsbehle.com
CJepson@parsonsbehle.com
SDewey@parsonsbehle.com
ecf@parsonsbehle.com

Gregg M. Formella (pro hac vice)
**GREGG M. FORMELLA JD**
300 State St.
P.O. Box 92141
Southlake, TX 76092
gregg.formella@gmail.com

*Attorneys for SkyWest InFlight Association*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO; SHANE PRICE; TRESA GRANGE; and BRANDON FINLEY,<br><br>          Plaintiffs,<br><br>v.<br><br>SKYWEST AIRLINES INC.; SKYWEST INFLIGHT ASSOCIATION,<br><br>          Defendants. | **[PROPOSED] ORDER GRANTING SIA'S SHORT-FORM DISCOVERY MOTION SEEKING ADDITIONAL TIME TO DEPOSE PLAINTIFF/COUNTERCLAIM DEFENDANT SHANE PRICE**<br><br>Case No. 2:23-cv-723-DBB-DBP<br><br>Judge: Hon. David Barlow<br><br>Magistrate Judge: Hon. Dustin B. Pead |

4896-9203-5230.v1

| | |
|---|---|
| SKYWEST INFLIGHT ASSOCIATION,<br><br>          Counterclaimant,<br><br>v.<br><br>ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO; SHANE PRICE; TRESA GRANGE; JACQUE CROSSLEY; and GAILEN DAVID,<br><br>          Counterclaim Defendants. | |

Before the Court is Defendant/Counterclaimant SkyWest InFlight Association's ("SIA") Short-Form Discovery Motion Seeking Additional Time to Depose Plaintiff/Counterclaim Defendant Shane Price (the "Motion"). ECF No. [___]. The Court, having carefully reviewed SIA's Motion, Plaintiffs' opposition, and any oral argument, finds that good cause supports SIA's Motion for the reasons stated in the Motion. Accordingly, the Court GRANTS SIA's Motion and ORDERS that:

(1) SIA may depose Price for up to an additional four hours (exclusive of breaks, questions by Plaintiff's counsel, etc.);

(2) Price and his counsel shall make themselves available to complete Price's deposition in Salt Lake City, as early as practicable, at a specific time/date/location to be agreed on by the parties; and

(3) At SIA's election, Price's deposition shall be completed before other depositions are taken.

2

4896-9203-5230.v1

DATED this _____ day of April, 2026.

BY THE COURT:

_____
Dustin B. Pead
United States Magistrate Judge

4896-9203-5230.v1