## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO; SHANE PRICE; TRESA GRANGE; and BRANDON FINLEY,<br><br>     Plaintiffs,<br><br>v.<br><br>SKYWEST AIRLINES INC.; SKYWEST INFLIGHT ASSOCIATION,<br><br>     Defendants. | **ORDER GRANTING IN PART SIA'S SHORT-FORM DISCOVERY MOTION SEEKING ADDITIONAL TIME TO DEPOSE PLAINTIFF/COUNTERCLAIM DEFENDANT TRESA GRANGE**<br><br>Case No. 2:23-cv-723-DBB-DBP<br><br>Judge: Hon. David Barlow<br><br>Magistrate Judge: Hon. Dustin B. Pead |
| SKYWEST INFLIGHT ASSOCIATION,<br><br>     Counterclaimant,<br><br>v.<br><br>ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO; SHANE PRICE; TRESA GRANGE; JACQUE CROSSLEY; and GAILEN DAVID,<br><br>     Counterclaim Defendants. | |

Before the Court is Defendant/Counterclaimant SkyWest InFlight Association's ("SIA")

Short-Form Discovery Motion Seeking Additional Time to Depose Plaintiff/Counterclaim

Defendant Tresa Grange (the "Motion").[1] The Court, having carefully reviewed SIA's Motion and

---

[1] ECF No. 172, SIA's Short Form Discovery Motion Seeking Additional Time to Depose Tresa Grange.

Plaintiffs' opposition[2] finds that good cause supports GRANTING SIA's Motion IN PART. Accordingly, the Court GRANTS SIA's Motion IN PART and ORDERS that:

(1) SIA may depose Grange for up to an additional **two and a half (2.5) hours**[3] (exclusive of breaks, questions by Plaintiff's counsel, etc.);

(2) Grange and her counsel shall make themselves available to complete Grange's deposition in Salt Lake City, as early as practicable, at a specific time/date/location to be agreed on by the parties.

DATED this 28th day of April, 2026.

BY THE COURT:

_____
Dustin B. Pead
United States Magistrate Judge

---

[2] ECF No, 178, Tresa Grange's Response to SIA's Short Form Discovery Motion Seeking Additional Time to Depose Tresa Grange.

[3] The parties have agreed to an additional 2 hours of time to depose Tresa Grange. *See* ECF No. 172, ECF No. 178.