# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS, AFL-CIO; SHANE PRICE; TRESA GRANGE; and BRANDON FINLEY;<br><br>     Plaintiffs,<br>v.<br><br>SKYWEST AIRLINES INC.; SKYWEST INFLIGHT ASSOCIATION ,<br><br>     Defendants. | **ORDER DENYING SHORT FORM DISCOVERY MOTION TO COMPEL TRESA GRANGE TO FULLY RESPOND TO INTERROGATORY NO. 7**<br><br>Civil No. 2:23-cv-00723-DBB-DBP<br><br>Judge David Barlow<br><br>Magistrate Judge Dustin B. Pead |

Before the Court is SkyWest Airlines Inc.'s Short Form Discovery Motion to Compel Tresa Grange to Fully Respond to Interrogatory No. 7 ("Motion") and Plaintiffs' response thereto.[1] Interrogatory No. 7 asks Plaintiff Tresa Grange to "[i]dentify all individuals to whom you sent or showed [Shane] Price's Video and all websites or social media sites on which you posted [Shane] Price's Video."[2] Through its Motion, SkyWest specifically seeks the identity of the members of the SIA Facebook Group page and the SkyWest 2.0 Facebook Group page to whom Grange admits she sent Price's video.[3]

---

[1]    ECF No. 167, Short Form Discovery Motion to Compel Tresa Grange to Fully Respond to Interrogatory 7.

[2]    ECF No. 167-1, Defendant SkyWest Airlines Inc.'s First Set of Discovery Requests to Plaintiffs.

3        ECF No. 167-2, Plaintiffs' Supplemental Responses and Objections to Defendant SkyWest Airlines' First Set of Interrogatories.

Upon review, SkyWest's Short Form Discovery Motion to Compel to respond to Interrogatory 7 is denied. First, Grange responded to Interrogatory 7 when she stated that she "sent the video to SIA Board Member Debbie Burt and to SkyWest supervisory Jenny Nicolay. . . [and that she] posted the video on the SIA Facebook Group page and on the SkyWest 2.0 Facebook Group page."[1] The interrogatory itself differentiates between "individuals," "websites," and "social media sites," and Grange answered the interrogatory accordingly. Second, even assuming Interrogatory 7 could be interpreted to encompass members of the identified social media groups, Grange indicates she does not have the ability to reconstruct a list of member from the relevant timeframe---August 2023 when Grange posted the video to the Facebook groups. Finally, to the extent Grange can "identify all members [of the groups that] she can recall" she has done so when questioned on this matter at her March 29, 2026 deposition.[2]

For these reasons, the court denies SkyWest's Short Form Discovery Motion to Compel Tresa Grange to respond further to Interrogatory 7.[3]

DATED this 28th day of April, 2026.

BY THE COURT:

Dustin B. Pead
United States Magistrate Judge

---

[1] 4 *Id.*

[2] ECF No. 177 at 4-5.

[3] ECF No. 167.