## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO; SHANE PRICE; TRESA GRANGE; and BRANDON FINLEY,<br><br>        Plaintiffs,<br><br>v.<br><br>SKYWEST AIRLINES INC.; SKYWEST INFLIGHT ASSOCIATION,<br><br>        Defendants. | **ORDER GRANTING SIA'S SHORT-FORM DISCOVERY MOTION SEEKING ADDITIONAL TIME TO DEPOSE PLAINTIFF/COUNTERCLAIM DEFENDANT SHANE PRICE**<br><br>Case No. 2:23-cv-723-DBB-DBP<br><br>Judge: Hon. David Barlow<br><br>Magistrate Judge: Hon. Dustin B. Pead |
| SKYWEST INFLIGHT ASSOCIATION,<br><br>        Counterclaimant,<br><br>v.<br><br>ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO; SHANE PRICE; TRESA GRANGE; JACQUE CROSSLEY; and GAILEN DAVID,<br><br>        Counterclaim Defendants. | |

Before the Court is Defendant/Counterclaimant SkyWest InFlight Association's ("SIA") Short-Form Discovery Motion Seeking Additional Time to Depose Plaintiff/Counterclaim Defendant Shane Price (the "Motion").[1] The Court, having carefully reviewed SIA's Motion and

---

[1] ECF No. 173, SIA's Short Form Discovery Motion Seeking Additional Time to Depose Shane Price.

Plaintiffs' opposition[2] finds that good cause supports GRANTING SIA's Motion IN PART. Accordingly, the Court GRANTS SIA's Motion IN PART and ORDERS that:

(1) SIA may depose Price for up to an additional **two and a half (2.5) hours**[3] (exclusive of breaks, questions by Plaintiff's counsel, etc.); and

(2) Price and his counsel shall make themselves available to complete Price's deposition in Salt Lake City, as early as practicable, at a specific time/date/location to be agreed on by the parties.

DATED this 28th day of April, 2026.

BY THE COURT:

_____
Dustin B. Pead
United States Magistrate Judge

---

[2] ECF No. 179, Shane Price's Response to SIA's Short Form Discovery Motion Seeking Additional Time to Depose Shane Price.

[3] The parties have agreed to an additional 2 hours of time to depose Shane Price. *See* ECF No. 173, ECF No. 179.

**Error! Unknown document property name.**