### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

|  |  |  |
|---|---|---|
| | ) | |
| ASSOCIATION OF FLIGHT ATTENDANTS-CWA AFL-CIO, *et al.*, | ) ) ) | **ORDER GRANTING IN PART SAI'S SHORT FORM DISCOVERY MOTION REGARDING CERTAIN REDACTIONS** |
| Plaintiffs/Counterclaim Defendants, | ) ) | |
| v. | ) ) | Case No.2:23-cv-00723-DBB-DBP |
| SKYWEST AIRLINES, INC., *et al.*, | ) ) | District Court Judge David Barlow Magistrate Judge Dustin B. Pead |
| Defendants/Counterclaim Plaintiffs. | ) ) | |

Before the Court is SkyWest Airlines, Inc.'s ("SAI") Short Form Discovery Motion to Compel Plaintiffs to remove certain redactions and Plaintiffs' Response in Opposition.[1]

Plaintiffs assert they have produced 20,870 pages of documents with further productions in progress. In doing so Plaintiffs affirm their intent to comply with the terms of the court's protective order, but acknowledge there may be unintended redactions related to the names of former SkyWest flight attendants or a non-flight attendants.[2]

If SAI is aware of specific instances of improper redactions, related to the name(s) of a former SkyWest flight attendant or a non-flight attendant, it shall identify and provide Plaintiffs with the Bates number of the specific document and redactions with which it takes issue. If appropriate, no later than ten (10) days thereafter, Plaintiffs shall reproduce the document without redaction.

---

[1] ECF No. 165, SkyWest's Short Form Discovery Motion to Compel Plaintiffs to Comply With the Court's Protective Order; ECF No. 176, Plaintiffs' Opposition to SkyWest Airlines' Short Form Discovery Motion Regarding Certain Redactions.

[2] ECF No. 176 at 2.

The court will not, however, require Plaintiffs to re-visit each of the 20,870 pages of documents already produced to SkyWest.

Accordingly, SkyWest's Discovery Motion is GRANTED in PART and DENIED in PART.

DATED this 29ᵗʰ day of April, 2026.

_____
Dustin B. Pead
United States Magistrate Judge