Gregory M. Saylin (9648)
Emily T. Howe (18294)
HOLLAND & HART LLP
222 South Main St., Suite 2200
Salt Lake City, UT 84101
(801) 799-5800
gmsaylin@hollandhart.com
ethowe@hollandhart.com

Douglas W. Hall (*Admitted Pro Hac Vice*)
Thomas R. Chiavetta (*Admitted Pro Hac Vice*)
JONES DAY
51 Louisiana Ave N.W.
Washington, DC 20001
(202) 879-3939
dwhall@jonesday.com
tchiavetta@jonesday.com
*Attorneys for SkyWest Airlines Inc.*

Patricia T. Stambelos (*Admitted Pro Hac Vice*)
STAMBELOS LAW OFFICE
543 Country Club Dr., Suite B209
Simi Valley, CA 93065
(805) 578-3474
patricia@patriciastambelos.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS, AFL-CIO; SHANE PRICE; TRESA GRANGE; and BRANDON FINLEY;<br><br>    Plaintiffs,<br>v.<br><br>SKYWEST AIRLINES INC.; SKYWEST INFLIGHT ASSOCIATION;<br><br>    Defendants. | **ORDER DENYING SHORT FORM DISCOVERY MOTION SEEKING GUIDANCE ON DEPOSITION LOCATIONS**<br><br>Civil No. 2:23-cv-00723-DBB-DBP<br><br>Judge David Barlow<br>Magistrate Judge Dustin B. Pead |

Before the Court is Plaintiff Association of Flight Attendants ("AFA") and Counterclaim Defendants Gailen David and Jacque Crossley's Short Form Discovery Motion Seeking Guidance on Deposition Locations (Dkt. 184). After reviewing the parties' submissions,

arguments of counsel, and applicable law, the Court DENIES the Motion and ORDERS that the

depositions of David and Crossley shall take place in Salt Lake City, Utah.

DATED this ____day of May, 2026.

BY THE COURT:

_____
Dustin B. Pead
United States Magistrate Judge

37939909_v1