Erik A. Christiansen, USB #7372
Christina M. Jepson, USB #7301
Sarah Jenkins Dewey, USB #15640
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801.532.1234
Facsimile:  801.536.6111
EChristiansen@parsonsbehle.com
CJepson@parsonsbehle.com
SDewey@parsonsbehle.com
ecf@parsonsbehle.com

Gregg M. Formella (pro hac vice)
**GREGG M. FORMELLA JD**
300 State St.
P.O. Box 92141
Southlake, TX 76092
gregg.formella@gmail.com

*Attorneys for SkyWest InFlight Association*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO; SHANE PRICE; TRESA GRANGE; and BRANDON FINLEY,<br><br>    Plaintiffs,<br><br>v.<br><br>SKYWEST AIRLINES INC.; SKYWEST INFLIGHT ASSOCIATION,<br><br>    Defendants. | **DEFENDANT SIA'S RESPONSE TO PLAINTIFFS' SHORT-FORM DISCOVERY MOTION SEEKING GUIDANCE ON DEPOSITION LOCATIONS**<br><br>Case No. 2:23-cv-723-DBB-DBP<br><br>Judge: Hon. David Barlow<br><br>Magistrate Judge: Hon. Dustin B. Pead |

|  |  |
|---|---|
| SKYWEST INFLIGHT ASSOCIATION,<br><br>    Counterclaimant,<br><br>v.<br><br>ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO; SHANE PRICE; TRESA GRANGE; JACQUE CROSSLEY; and GAILEN DAVID,<br><br>    Counterclaim Defendants. |  |

Defendant and Counterclaimant SkyWest InFlight Association ("SIA") responds to Plaintiffs' Short-Form Discovery Motion Seeking Guidance on Deposition Locations ("Response").[1] SIA hereby joins the legal arguments raised in SkyWest Airline, Inc.'s Response as if set forth fully herein. *See* ECF 185.

Plaintiff Association of Flight Attendants ("AFA") sued Utah-based SIA and SkyWest in Salt Lake City, Utah regarding issues related to SIA's August 2023 election. Through discovery, SIA learned that Plaintiff Shane Price, a SkyWest flight attendant who supports AFA, took SIA's confidential information (including voter codes) and provided that confidential information to Gailen David ("David"), an employee of AFA. David then sent the confidential information to others at AFA to use in its campaign against SIA. As a result, SIA filed counterclaims against AFA, David, and another conspirator, Jacque Crossley ("Crossley"). SIA and SkyWest seek to depose these parties—David and Crossley—in Salt Lake City, Utah.

---

[1] As an initial matter, the documents attached to Plaintiffs' motion are not permitted under the Local Rules and should not be considered. *See* DUCivR 37(b)(2)(B).

This Court has "great discretion in establishing the time and place of a deposition." *O'Neil v. Burton Grp.*, No. 2:09-CV-862 DBP, 2012 WL 5523819, at *2 (D. Utah Nov. 14, 2012) (quoting *In re Standard Metal Corp.*, 817 F.2d 625, 628 (10th Cir. 1987)). "Usually, the party noticing the deposition has the right to choose its location." *Id.* The Court also follows the general rule that "where the party deposed is the plaintiff, a deposition is generally appropriate in the district in which suit was brought because the plaintiff selected that forum." *Id.* Plaintiffs characterize the parties' dispute as "about the location for depositions of *witnesses* employed or otherwise within AFA's control." Motion, Dkt. 184, 1 (emphasis added). But the dispute is specifically about individuals who are *parties*, not just witnesses. David and Crossley are Counterclaim Defendants and agents of AFA—David is an employee of AFA and Crossley is a self-identified leader of AFA's campaign to replace SIA. Crossley is also an employee of Utah-based SkyWest and holds herself out as a Salt Lake City-based flight attendant. AFA selected the forum for this suit and depositions for all parties should take place in Salt Lake City. Furthermore, both David and Crossley are flight attendants and can easily travel to Utah.

There has been no dispute among the parties regarding the locations for the depositions of non-party witnesses. Plaintiffs have issued subpoenas for depositions in Arkansas and California. And although SIA- and SkyWest-affiliated witnesses live across the country, Defendants have made them available in Salt Lake City, in accordance with Plaintiffs' deposition notices. For example, SIA Vice President Loretta France lives in Michigan and former SIA President Kristina Lucht lives in Minnesota. Neither are parties, but both are traveling to Salt Lake City for their depositions.

This Court should exercise its discretion and require David and Crossley to be deposed in Salt Lake City where they are Counterclaim Defendants. It makes no sense to travel to Florida or California for these depositions.

DATED May 18, 2026.

/s/ *Christina M. Jepson*
Erik A. Christiansen
Christina M. Jepson
Sarah Jenkins Dewey
PARSONS BEHLE & LATIMER

Gregg M. Formella
GREGG M. FORMELLA JD

*Attorneys for SkyWest InFlight Association*

## CERTIFICATE OF SERVICE

I certify that on May 18, 2026, I caused a true and correct copy of the foregoing DEFENDANT SIA's RESPONSE TO PLAINTIFFS' SHORT-FORM DISCOVERY MOTION SEEKING GUIDANCE ON DEPOSITION LOCATIONS to be filed on the Court's CM/ECF system which served all counsel of record appearing thereon.


/s/ *Sarah Jenkins Dewey*