# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS; AFL-CIO, SHANE PRICE, TRESA GRANGE; and BRANDON FINLEY;<br><br>Plaintiffs,<br><br>v.<br><br>SKYWEST AIRLINES INC.; SKYWEST INFLIGHT ASSOCIATION;<br><br>Defendants. | **ORDER GRANTING DEFENDANT SKYWEST AIRLINES INC'S *EX PARTE* MOTION FOR LEAVE TO FILE OVERLENGTH MOTION FOR TERMINATING SANCTIONS FOR PLAINTIFF' SPOLIATION**<br><br>Civil No. 2:23-cv-00723-DBB-DBP<br><br>Judge David Barlow<br>Magistrate Judge Dustin B. Pead |

Having reviewed Defendant SkyWest Airlines Inc.'s ("Defendant") *Ex Parte* Motion for Leave to File Overlength Motion For Terminating Sanctions For Plaintiffs' Spoliation ("*Ex Parte* Motion"), and for good cause appearing, IT IS HEREBY ORDERED that Defendant's *Ex Parte* Motion is GRANTED (ECF No. 192) and Defendant may file an overlength Motion For Terminating Sanctions For Plaintiffs' Spoliation totaling 39 pages or 12,700 words.

DATED this 20th day of July, 2026.

BY THE COURT:

_____
Dustin B. Pead
United States Magistrate Judge