Gregory M. Saylin (9648)
Tyson C. Horrocks (12557)
Emily T. Howe (18294)
Jessica A. Ramirez (17593)
HOLLAND & HART LLP
222 South Main St., Suite 2200
Salt Lake City, UT 84101
(801) 799-5973
gmsaylin@hollandhart.com
tchorrocks@hollandhart.com
ethowe@hollandhart.com
jearamirez@hollandhart.com

Douglas W. Hall (*pro hac vice*)
Thomas R. Chiavetta (*pro hac vice*)
JONES DAY
51 Louisiana Ave N.W.
Washington, DC 20001
(202) 879-3939
dwhall@jonesday.com
tchiavetta@jonesday.com

*Attorneys for Defendant*
*SkyWest Airlines Inc.*

Patricia T. Stambelos (*pro hac vice*)
STAMBELOS LAW OFFICE
543 Country Club Dr., Suite B209
Simi Valley, CA 93065
(805) 578-3474
patricia@patriciastambelos.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS; AFL-CIO, SHANE PRICE, TRESA GRANGE; and BRANDON FINLEY;<br><br>Plaintiffs,<br><br>v.<br><br>SKYWEST AIRLINES INC.; SKYWEST INFLIGHT ASSOCIATION;<br><br>Defendants. | **DECLARATION OF JESSICA A. RAMIREZ IN SUPPORT OF DEFENDANT SKYWEST AIRLINES, INC.'S MOTION FOR TERMINATING SANCTIONS FOR PLAINTIFFS' SPOLIATION**<br><br>**(EXHIBITS B, C, D, J – FILED UNDER SEAL)**<br><br>Civil No. 2:23-cv-00723-DBB-DBP<br><br>Judge David Barlow<br>Magistrate Judge Dustin B. Pead |

**EXHIBIT**
**1**

I, Jessica A. Ramirez, hereby declare as follows:

1.     I am over twenty-one (21) years of age and have personal knowledge of the facts set forth herein.

2.     I am an attorney at the law firm of Holland & Hart LLP ("Holland & Hart"), which was retained by Defendant SkyWest Airlines Inc. ("SkyWest") to represent it in this action.

3.     I make this declaration in support of Motion for Terminating Sanctions For Plaintiffs' Spoliation.

4.     Attached hereto as **Exhibit A** is a true and correct copy of a WhatsApp thread titled "Double O ITS TIME Agents" from March 21, 2024 to March 22, 2024 produced by Plaintiffs, bates labeled AFA012418-23 (and also attached as Exhibit 30 to Grange's Deposition).

5.     Attached hereto as **Exhibit B** is a true and correct copy of relevant excerpts from the Deposition of Tresa Grange, taken on March 19, 2026 in the above-mentioned matter.

6.     Attached hereto as **Exhibit C** is a true and correct copy of Tresa Grange's Termination Appeal, dated March 28, 2024, bates labeled AFA003567-86 (and also attached as Exhibit 38 to Grange's Deposition).

7.     Attached hereto as **Exhibit D** is a true and correct copy of Plaintiffs' Privilege and Redaction Log, dated October 31, 2025.

8.     Attached hereto as **Exhibit E** is a true and correct copy of a September 19, 2023 demand letter from AFA's associate general counsel to SkyWest produced by Plaintiffs, bates labeled AFA011348.

2

9.      Attached hereto as **Exhibit F** is a true and correct copy of a September 22, 2023 letter from SkyWest to AFA's counsel, including a litigation hold.

10.     Attached hereto as **Exhibit G** is a true and correct copy of a WhatsApp thread titled "AFA SKYWEST BASE ADVOCATES" from September 13, 2023 to September 17, 2023 produced by Plaintiffs, bates labeled AFA012864-78 (excerpts of which are also attached as Exhibit 32 to Grange's Deposition).

11.     Attached hereto as **Exhibit H** is a true and correct copy of a WhatsApp thread titled "AFA General Chat" from September 19, 2023 produced by Plaintiffs, bates labeled AFA012740-44 (which was also attached as Exhibit 31 to Grange's Deposition).

12.     Attached hereto as **Exhibit I** is a true and correct copy of a WhatsApp thread titled "AFA SkyWest Union Supporters ONLY" from July 18, 2024 to July 18, 2024 produced by Plaintiffs, bates labeled AFA012297-99.

13.     Attached hereto as **Exhibit J** is a true and correct copy of an SMS message thread between Tresa Grange and Debra Burt, dated August 15, 2023 to August 16, 2023 produced by Debra Burt, bates labeled BURT000208 (also attached as Exhibit 28 to Grange's Deposition).

14.     Attached hereto as **Exhibit K** is a true and correct copy of a WhatsApp thread between Tresa Grange, Debra Burt, and others dated August 15, 2023, produced by Plaintiffs, bates labeled AFA013659-62 (also attached as Exhibit 27 to Grange's Deposition).

15.     Attached hereto as **Exhibit L** is a true and correct copy of an excerpt from the WhatsApp thread "Double O ITS TIME Agents" dated August 19, 2024 produced by Plaintiffs, bates labeled AFA012577-79.

16.	Attached hereto as **Exhibit M** is a true and correct copy of an excerpt from the WhatsApp thread "Double O ITS TIME Agents" originally sent April 2, 2024 produced by Plaintiffs, bates labeled AFA012441-42.

17.	Attached hereto as **Exhibit N** is a true and correct copy of an excerpt from the WhatsApp thread "AFA SKYWEST BASE ADVOCATE" dated September 18, 2023 produced by Plaintiffs, bates labeled AFA015643–50.

18.	Attached hereto as **Exhibit O** is a true and correct copy of excerpts from the WhatsApp thread "AFA SKYWEST BASE ADVOCATE" dated October 12, 2023 to October 13, 2023 produced by Plaintiffs, bates labeled AFA012788–99.

19.	Attached hereto as **Exhibit P** is a true and correct copy of an excerpt from the WhatsApp thread "AFA SKYWEST BASE ADVOCATE" dated September 8, 2024 to September 9, 2024 produced by Plaintiffs, bates labeled AFA012882–83.

20.	Attached hereto as **Exhibit Q** is a true and correct copy of an excerpt from the WhatsApp thread "OOIT Sidebar Chat" dated January 17, 2025 produced by Plaintiffs, bates labeled AFA012892–99.

21.	Attached hereto as **Exhibit R** is a true and correct copy of an excerpt from the WhatsApp thread "AFA SKYWEST BASE ADVOCATE" dated March 27, 2024 produced by Plaintiffs, bates labeled AFA012838-55.

22.	Attached hereto as **Exhibit S** is a true and correct copy of an excerpt from the WhatsApp thread "AFA SkyWest Union Supporters ONLY" dated August 16, 2024 produced by Plaintiffs, bates labeled AFA013907–27.

4

23.     Attached hereto as **Exhibit T** is a true and correct copy of an excerpt from the WhatsApp thread "AFA General Chat" dated August 9, 2023 produced by Plaintiffs, bates labeled AFA012755–56.

24.     Attached hereto as **Exhibit U** is a true and correct copy of an excerpt from a WhatsApp thread dated November 4, 2024 produced by Plaintiffs, bates labeled AFA012946.

25.     Attached hereto as **Exhibit V** is a true and correct copy of an excerpt from a WhatsApp thread dated March 17, 2022 and October 10, 2024 produced by Plaintiffs, bates labeled AFA012280 (also attached as Exhibit 33 to Grange's Deposition).

26.     Attached hereto as **Exhibit W** is a true and correct copy of an email from Jaques Crossley to Shane Price and Gailen David, dated March 4, 2023 concerning AFA legal discussion produced by Plaintiffs, bates labeled AFA011496-97.

27.     Attached hereto as **Exhibit X** is a true and correct copy of a letter from AFA to SkyWest dated September 15, 2023 produced by Plaintiffs, bates labeled AFA011266.

28.     Attached hereto as **Exhibit Y** is a true and correct copy of the press release by AFA dated September 16, 2023 produced by Plaintiffs, bates labeled AFA011552.

29.     Attached hereto as **Exhibit Z** is a true and correct copy of Defendant SkyWest Airlines, Inc.'s First Set of Discovery Requests to Plaintiff, served on Plaintiffs on September 24, 2024.

I declare under penalty of perjury under the laws of the State of Utah and the United States that the foregoing is true and correct.

Executed this 20th day of July, 2026 in Salt Lake City, Utah.

*/s/ Jessica A. Ramirez*
Jessica A. Ramirez

38334222_v1

5