Gregory M. Saylin (9648)
Emily T. Howe (7816)
Jessica A. Ramirez (17593)
HOLLAND & HART LLP
222 South Main St., Suite 2200
Salt Lake City, UT 84101
(801) 799-5973
gmsaylin@hollandhart.com
ethowe@hollandhart.com
jearamirez@hollandhart.com

Douglas W. Hall (*pro hac vice*)
Thomas R. Chiavetta (*pro hac vice*)
JONES DAY
51 Louisiana Ave N.W.
Washington, DC 20001
(202) 879-3939
dwhall@jonesday.com
tchiavetta@jonesday.com

Patricia T. Stambelos (*pro hac vice*)
STAMBELOS LAW OFFICE
543 Country Club Dr., Suite B209
Simi Valley, CA 93065
(805) 578-3474
patricia@patriciastambelos.com

*Attorneys for Defendant*
*SkyWest Airlines Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS; AFL-CIO, SHANE PRICE, TRESA GRANGE; and BRANDON FINLEY;<br><br>    Plaintiffs,<br><br>v.<br><br>SKYWEST AIRLINES INC.; SKYWEST INFLIGHT ASSOCIATION;<br><br>    Defendants. | **DECLARATION OF DR. BRUCE V. HARTLEY IN SUPPORT OF DEFENDANT SKYWEST AIRLINES, INC.'S MOTION FOR TERMINATING SANCTIONS FOR PLAINTIFFS' SPOLIATION**<br><br>Civil No. 2:23-cv-00723-DBB-DBP<br><br>Judge David Barlow<br>Magistrate Judge Dustin B. Pead |

**EXHIBIT 2**

I, Dr. Bruce V. Hartley, CISSP, declare as follows:

1. I have personal knowledge of the facts in this declaration and, if called to testify as a witness, I would testify under oath to these facts.

2. The opinions made herein are based upon my personal knowledge, professional experience and upon my review of relevant records, documents, and information.

3. A copy of my CV detailing my most recent relevant experience is attached as **Exhibit 1**.

4. I earned a Master of Arts in Computer Data Management from Webster University and a Doctorate in Computer Science from Colorado Technical University.

5. I am currently the Managing Director of Arete Advisors, Inc., where I lead the Advisory practice. Arete Advisors is a Cyber Security firm that focuses on data-centric investigations, incident response, and security assessments. The Advisory practice provides digital investigations and expert services, including the delivery of high-quality cyber security, incident response, digital investigations, and expert witness services across the company. I am currently leading several digital investigations and data security incident responses as well as providing expert witness services related to cybersecurity, intellectual property theft, and trade secret issues involving several firms in the information technology, medical, healthcare, aerospace, manufacturing, financial, software, and other industries.

6. I have extensive experience across the entire information technology, software engineering, cybersecurity, and digital forensic spectrum.

7. I have experience in data and technology matters involving the deletion and elimination of data, including implementing data retention and destruction protocols, managing

secure data disposal procedures, and ensuring compliance with data destruction requirements across various technology platforms and systems.

8.      I have extensive knowledge of deletion features on various systems and devices, including *WhatsApp* and recognized cybersecurity frameworks and whether cybersecurity programs conform to these frameworks.

### *Deleting WhatsApp Messages*

9.      *WhatsApp* provides users with various options for deleting messages:

a.      **Delete for Myself**: This option removes the message from a user's chat view but does not affect the recipient's chat. The recipient will still have access to the message. The message gets removed from the user/sender's local storage and disappears from their chat history. The Message remains on the recipient's device and server records until they choose to delete it.

b.      **Delete for Everyone:** This option allows the sender to delete the message from both their own chat and the recipient's chat, provided that the deletion occurs within a specific timeframe, usually around an hour after the message was sent. When a user deletes a message for everyone, WhatsApp sends a request to its servers, which in turn communicates to the recipient's device to remove the message from the recipient's chat as well. The app displays a notification that a message has been deleted, providing the original message with an indication that deletion has occurred. This "Message deleted" tag appears in the chat, adding a layer of transparency.

c.    **Delete Entire Chat (Message Thread)**: To delete a message thread from WhatsApp, users can either delete individual messages or the entire chat.

d.    **Cancel**: If a user has changed her mind about deleting a message, the user can choose to cancel the action before it is finalized. The cancel option simply returns user to the chat without making any changes.

*Automatic Deletion Feature on WhatsApp*

10.    *WhatsApp* also allows users to implement protocols for automatically deleting messages.

11.    WhatsApp's Disappearing Messages feature is an optional feature allowing users to set up the messages to disappear at a designated timeline. That can be set up to be 1 day, 7 days, or 90 days. Users must manually turn on the feature of Disappearing Messages. The feature will not turn on automatically.

12.    All messages will disappear once the feature is enabled and set up properly. Older messages that user received before enabling WhatsApp Disappearing Messages will not be affected; they will remain intact.

13.    Disappearing messages on WhatsApp delete messages for everyone in the chat after a set period of time. All messages will be removed once user enables this feature and no record of the messages are kept in anyone's account. They are deleted and cannot be recovered.

14.    In a group chat, the group admin needs to enable Disappearing Messages feature. Once it's enabled, messages will disappear for everyone in the chat group.

15.    WhatsApp will notify you if the Disappearing Messages feature is enabled by someone you are chatting with. The notification only appears when that feature is enabled by one

4

of the users in the conversation. That way, other users will easily know if the other person uses

Disappearing Messages, and when messages will be automatically deleted.

16.     When the sender deletes a message in a group chat a "deleted by sender"

notification will appear to every member in that chat.

17.     Once a message is deleted for everyone in a group chat, absent any affirmative

action as described below, the message cannot be recovered from any participant's devices.

***Retaining & Recovering Disappearing Messages on WhatsApp***

18.     Anyone in a group chat can keep Disappearing Messages from deleting messages

if the set duration time has not passed:

a.      **Keeping Disappearing Messages**: WhatsApp allows users to keep

Disappearing Messages set to disappear by others. Users just need to press

on the disappearing messages, and then tap Keep. The sender will then

receive a notification that the user wants to keep those messages. It is the

simplest method for users to keep some of the messages from

disappearing.

b.      **Screenshotting & Saving**: Users can also circumvent the disappearing

message functionality by taking screenshots of conversations. WhatsApp

currently does not prevent or notify users about screenshots taken by other

participants in a chat. If someone took a screenshot, saved a message, or

they made a backup, then those WhatsApp messages remain in the history.

If users toggle on Save to Photos function, photos and videos will be

5

automatically saved in their gallery, even though messages disappear after the set time.

c.   **Forwarding & Copying**: Messages can also be forwarded or copied before they disappear.

d.   **Media Saving**: Images, videos, and audio files in messages can be saved to a user's device before they disappear, but only if users take measures to save those messages.

e.   **Disabling Disappearing Messages**. Anyone in a group chat can disable disappearing messages at any time, unless a group admin has limited that action to admins only.

19.   I have reviewed exhibits A, and G-V to the Declaration of Jessica Ramirez in Support of SkyWest's Motion for Terminating Sanctions for Plaintiffs' Spoliation.

20.   Review of the exhibits shows that several text messages were deleted using the *Automatic Deletion* feature or *Deleted for Everyone* feature on WhatsApp as described above. *See, e.g.*, Exhibit V (showing notification in group chat of Ms. Grange turning on the Disappearing Messages feature); Exhibit A (showing notification to group that Ms. Grange deleted at least 6 messages from the Double O ITS TIME Agents thread).

21.   Chats were deleted in their entirety for everyone. *See e.g.* Exhibits G, H, and L.

22.   Members of the group threads received a "deleted by the sender" or "This message was deleted" notification when Ms. Grange, Mr. Price, and others deleted a message for everyone or turned on the Disappearing Messages function. *See, e.g.*, Exhibit N at AFA015649

(demonstrating deletion notification in AFA SKYWEST BASE ADVOCATE group thread);

Exhibit L at AFA012577 (depicting message deleted by Price).

I declare under penalty of perjury under the laws of the State of Utah and the United

States that the foregoing is true and correct.

Executed on this 20th day of July 2026 in Myrtle Beach, South Carolina.


*/s/ Dr. Bruce V. Hartley*
Dr. Bruce V. Hartley, CISSP

38284824

7