# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS AFL-CIO, et. al., <br><br> **Plaintiffs,** <br><br> vs. <br><br> SKYWEST AIRLINES INC, and SKYWEST INFLIGHT ASSOCIATION, <br><br> **Defendants.** | ORDER GRANTING PLAINTIFFS' MOTION TO SET A BRIEFING SCHEDULE <br><br> **Case No. 2:23-cv-00723** <br><br> **United States District Judge David Barlow** <br><br> **Magistrate Judge Dustin B. Pead** |

This matter is referred to Magistrate Judge Dustin B. Pead by District Court Judge David Barlow pursuant to 28 U.S.C. § 636(b)(1)(A).[1] Currently before the court is Plaintiff Association of Flight Attendants ("AFA"), Shane Price, Tresa Grange and Brando Filey and Counterclaim Defendants Gailen David and Jacque Crossley's Motion to Set a Briefing Schedule for SkyWest Airlines' Motion for Terminating Sanctions and to Exceed Page Limits .[2]

Due to the dispositive nature of the underlying request and upon review of the Motion, Defendant's opposition to the Motion,[3] and the record as a whole, the Court hereby GRANTS the Motion IN PART as follows:

---

[1] ECF No. 44, Notice of Non-Consent.

[2] ECF No. 198, Plaintiffs and Counter-Defendants Motion to Set A Briefing Schedule for Defendant's Motion for Terminating Sanctions.

[3] ECF No. 201, Defendant Sky West Airlines Inc.'s Motion in Opposition.

(1) The parties shall, within seven (7) days of receiving the last of the complete transcript from Tresa Grange's reconvened deposition, file a Joint Status Report with the court providing information on the date the final transcript was received;

(2) Plaintiff and Counterclaim Defendants' brief in opposition to the Motion for Terminating Sanctions, not to exceed twelve thousand seven hundred (12,700) words or forty (40) pages in length, shall be due thirty (30) days after the date reported in the Joint Status Report; and

(3) Defendants' reply in support of the Motion for Terminating Sanctions shall be due fourteen (14) days after the opposition.

IT IS SO ORDERED.

Dated this 11th day of August, 2026.

BY THE COURT:

_____
Dustin B. Pead
U.S. District Magistrate Judge