Gregory M. Saylin (9648)
Tyson C. Horrocks (12557)
Emily T. Howe (18294)
Jessica A. Ramirez (17593)
HOLLAND & HART LLP
222 South Main St., Suite 2200
Salt Lake City, UT 84101
(801) 799-5800
gmsaylin@hollandhart.com
tchorrocks@hollandhart.com
ethowe@hollandhart.com
jearamirez@hollandhart.com

Douglas W. Hall (*Admitted Pro Hac Vice*)
Thomas R. Chiavetta (*Admitted Pro Hac Vice*)
JONES DAY
51 Louisiana Ave N.W.
Washington, DC 20001
(202) 879-3939
dwhall@jonesday.com
tchiavetta@jonesday.com

Patricia T. Stambelos (*Admitted Pro Hac Vice*)
STAMBELOS LAW OFFICE
543 Country Club Dr., Suite B209
Simi Valley, CA 93065
(805) 578-3474
patricia@patriciastambelos.com

*Attorneys for Defendant SkyWest Airlines Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS, AFL-CIO; SHANE PRICE; TRESA GRANGE; and BRANDON FINLEY;<br><br>Plaintiffs,<br>v.<br><br>SKYWEST AIRLINES INC.; SKYWEST INFLIGHT ASSOCIATION;<br><br>Defendants. | **JOINT STATUS REPORT**<br><br>Civil No. 2:23-cv-00723-DBB-DBP<br><br>Judge David Barlow<br>Magistrate Judge Dustin B. Pead |
| SKYWEST INFLIGHT ASSOCIATION<br><br>Counterclaim Plaintiff | |

v.

ASSOCIATION OF FLIGHT ATTENDANTS, AFL-CIO; SHANE PRICE; TRESA GRANGE; JACQUE CROSSLEY; and GAILEN DAVID,

Counterclaim Defendants.

Defendants SkyWest Airlines, Inc. ("SkyWest"), SkyWest Inflight Association ("SIA"), Plaintiffs Association of Flight Attendants-CWA, AFL-CIO, Shane Price, Tresa Grange, Brandon Finley, and Counterclaim Defendants Jacque Crossley and Gailen David (collectively, the "Parties"), by and through their undersigned counsel, hereby respectfully submit this joint status report, pursuant to Magistrate Judge Dustin B. Pead's Order Granting Plaintiffs' Motion to Set a Briefing Schedule entered on August 11, 2026 (ECF No. 202) (the "Order").

- Tresa Grange's reconvened deposition was completed on August 20, 2026.
- The final transcript of Grange's deposition was received from the court reporter by all parties on August 25, 2026.
- Accordingly, per the Order, Plaintiff's opposition to SkyWest's Motion for Terminating Sanctions for Plaintiffs' Spoliation (Dkt. No. 196) is due Thursday, September 24, 2026, 30 days from the date that the final transcript was received.

DATED this 27th day of August, 2026.

HOLLAND & HART LLP

*/s/ Gregory M. Saylin*
Gregory M. Saylin
Tyson C. Horrocks
Emily T. Howe
Jessica A. Ramirez

JONES DAY
Douglas W. Hall
Thomas R. Chiavetta

STAMBELOS LAW OFFICE
Patricia T. Stambelos

*Counsel for SkyWest Airlines Inc.*

BREDHOFF & KAISER, P.L.L.C.

*/s/ Faaris Akremi*
*(Signed with the permission of Mr. Akremi)*
Joshua Shiffrin
Faaris Akremi

GUERRIERI, BARTOS & ROMA, PC
Jeffrey A. Bartos
John J. Grunert

SPENCER FANE LLP
Scott Young
Christopher W. Droubay

*Counsel for Plaintiffs and Counterclaim Defendants*

PARSONS BEHLE & LATIMER

*/s/ Sarah Jenkins Dewey*
*(Signed with the permission of Ms. Dewey)*
Erik A. Christiansen
Christina M. Jepson
Sarah Jenkins Dewey

GREGG M. FORMELLA J.D.
Gregg M. Formella

*Counsel for Sky West Inflight Association*